IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

VAXCEL INTERNATIONAL CO., LTD., an Illinois Corporation,

        Plaintiff,

vs.

HEATHCO LLC,
a Delaware Limited Liability Company,

        Defendant.

Civil Action No. 15-CV-00696

**COMPLAINT FOR PATENT
INFRINGEMENT AND DEMAND FOR JURY TRIAL**

Plaintiff Vaxcel International Co., Ltd., ("Vaxcel") alleges as follows:

**PARTIES**

1. Plaintiff Vaxcel International Co., Ltd. is an Illinois Corporation with its principal place of business located at 121 E. North Avenue, Carol Stream, Illinois 60188.

2. Defendant HeathCo LLC ("HeathCo") is a Delaware Limited Liability Company with its principal place of business located at 2445 Nashville Road, Bowling Green, Kentucky 42101.

**JURISDICTION AND VENUE**

3. This is an action for patent infringement arising under the acts of Congress relating to patents, namely the Patent Laws of the United States as set forth in 35 U.S.C. §§ 1 *et seq.*

4. This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1332(c)(1), and 1338(a).

5. HeathCo regularly conducts business in this Judicial District. HeathCo markets and supplies infringing products to local retailers and consumers in this Judicial District. *See, e.g.*, Exs. A-H. Therefore, this Court has general jurisdiction over Defendant HeathCo.

6. HeathCo has committed and continues to commit acts of patent infringement in this Judicial District. HeathCo has, at a minimum, directly and/or through intermediaries, including subsidiaries, distributors, sales agents, and others, sold and/or offered for sale in this Judicial District infringing products, as alleged in further detail below. Therefore, this Court has specific jurisdiction over Defendant HeathCo.

7. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a), 1391(b), 1391(c), and 1400(b), including without limitation because Defendant HeathCo advertises, markets, sells, and/or offers to sell products, including infringing products, in this Judicial District. In addition, HeathCo is a subsidiary of Duchossois Industries, Inc., a holding company headquartered in this Judicial District at 845 Larch Avenue, Elmhurst, Illinois 60126.

**COUNT I**
**PATENT INFRINGEMENT**

8. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 7 above, inclusive, as if fully repeated and restated herein.

9. Plaintiff Vaxcel is the owner of all rights, title, and interest in United States Letters Patent Number 8,310,163 ("the '163 patent"), titled "Microcontroller-Based Lighting Control System and Method for Lighting Control," which was duly and legally issued on November 13, 2012. A true and correct copy of the '163 patent is attached as Exhibit I.

10. Plaintiff Vaxcel has never licensed Defendant HeathCo under the '163 patent and Plaintiff Vaxcel has not otherwise authorized Defendant HeathCo to practice any part of the '163 patent.

2

11. Defendant HeathCo is the manufacturer and marketer of Heath/Zenith branded products. Ex. J.

12. On information and belief, Defendant HeathCo has directly infringed and continues to directly infringe, either literally or under the doctrine of equivalents, at least claims 1, 7, and 9 of the '163 patent by making, using, selling, offering to sell, or importing, without license or authority, its suite of motion-activated security lighting products, including at least HeathCo products that correspond to Heath/Zenith branded model numbers: HZ-4135-OR, HZ-4135-BK, HZ-5412-WH, HZ-5412-BZ, HZ-5318-WH, HZ-5318-BZ, SH-5105-WH, and SH-5105-BZ, without Plaintiff Vaxcel's authorization in violation of 35 U.S.C. § 271(a). *See* Exs. K-O.

13. Defendant HeathCo has and continues to promote, advertise, and instruct customers and potential customers about its products and how to use its products, including infringing uses. Defendant HeathCo's promotion, advertising, and instruction efforts include, at a minimum, maintenance of the website www.heath-zenith.com, the production and distribution of instruction manuals and other indicia included within or printed on the packaging of its products. *See* Exs. K-P. Defendant engaged in these acts with the actual intent to cause the acts which it knew or should have known would induce actual infringement.

14. Plaintiff Vaxcel met with representatives of third party Home Depot on May 9, 2014 regarding Defendant HeathCo's infringement of the '163 patent. On June 18, 2014, Home Depot's Associate General Counsel Candace N. Rodriquez sent a letter to Plaintiff Vaxcel indicating that Home Depot had forwarded Plaintiff Vaxcel's statements regarding infringement to Defendant HeathCo and that HeathCo had responded that its products do not infringe. Therefore, Defendant HeathCo had actual knowledge of the '163 patent at least as of June 18,

2014. To the extent that facts learned in discovery show that Defendant HeathCo had actual knowledge of the '163 patent as of a date earlier than June 18, 2014 and/or show that Defendant HeathCo's infringement of the '163 patent is or has been willful, Plaintiff Vaxcel reserves the right to request such findings at the time of trial.

15. Defendant HeathCo knew or should have known that at least Heath/Zenith branded model numbers listed in paragraph 12 are especially made or especially adapted for use in an infringement of the '163 patent and that there is no substantially noninfringing use of these lighting fixtures.

16. Defendant HeathCo's products are not staple articles or commodities of commerce suitable for substantial non-infringing use.

17. Defendant HeathCo's actions have and continue to constitute active inducement and contributory infringement of the '163 patent in violation of 35 U.S.C. §§ 271(b) and 271(c).

18. As a result of Defendant HeathCo's infringement of the '163 patent, Plaintiff Vaxcel has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant HeathCo's infringing activities are enjoined by this Court.

19. Defendant HeathCo's wrongful acts have damaged and will continue to damage Plaintiffs irreparably, and Plaintiffs have no adequate remedy at law for those wrongs and injuries. In addition to its actual damages, Plaintiff Vaxcel is entitled to a permanent injunction restraining and enjoining Defendant HeathCo and its agents, servants and employees, and all persons acting thereunder, in concert with, or on its behalf, from infringing the '163 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Vaxcel respectfully requests that this Court enter:

A. A judgment in favor of Plaintiff Vaxcel that Defendant HeathCo has been and is infringing one or more of the claims of the '163 patent pursuant to 35 U.S.C. §§ 271(a), 271(b) and/or 271(c);

B. A permanent injunction enjoining Defendant HeathCo and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert or privity with any of them from infringing, inducing the infringement of, or contributing to the infringement of the '163 patent;

C. An award of damages incurred by Plaintiff Vaxcel as a result of Defendant HeathCo's infringement of the '163 Patent as provided under 35 U.S.C. § 284;

D. An assessment of costs, including reasonable attorney fees pursuant to 35 U.S.C. § 285, and prejudgment interest against Defendant HeathCo; and

E. Such other and further relief as this Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff Vaxcel hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: January 23, 2015

s/ Cole B. Richter
Kirsten L. Thomson (ID No. 6293943)
(thomson@mbhb.com)
Marcus J. Thymian (ID No. 6256769)
(thymian@mbhb.com)
Cole B. Richter (ID No. 6315686)
(richter@mbhb.com)

**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

**Attorneys for Plaintiff,**
VAXCEL INTERNATIONAL CO., LTD.