# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

VAXCEL INTERNATIONAL CO., LTD., an
Illinois Corporation,

                Plaintiff,

vs.

HEATHCO LLC,
a Delaware Limited Liability Company; and
LOWE'S COMPANIES, INC.,
a North Carolina corporation,

                Defendants.

Civil Action No.  15-cv-696

Judge John Robert Blakey

Magistrate Mary M. Rowland

**PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS**
**PURSUANT TO LOCAL PATENT RULE 2.2**

       Pursuant to Local Patent Rule ("LPR") 2.2, Plaintiff Vaxcel International Co., Ltd.

("Vaxcel") hereby proffers its initial infringement contentions against Defendants HeathCo LLC

("HeathCo") and Lowe's Companies, Inc. and/or its affiliate, Lowe's Home Centers LLC.[1]

Vaxcel does not waive any claim, contention, or argument regarding the factual and/or legal

details of the following Initial Infringement Contentions.  Moreover, the information contained

herein should not be construed as Vaxcel's preliminary construction of any asserted claim or

claim term as claim construction in this case has not taken place.  These contentions are

preliminary and based on public information obtained by Vaxcel as of the date of submission,

before Vaxcel has had the opportunity to obtain any discovery from Defendants, and Vaxcel

reserves the right to modify, amend, supplement, or otherwise alter these contentions based on

---

[1] Vaxcel understands that Lowe's Companies, Inc. has asserted that it is not directly involved in the purchase or sale of Accused Fixtures (defined herein)  from HeathCo, and that any purchase and sale of Accused Fixtures was made by an affiliate Lowe's Home Centers LLC.  Vaxcel is currently negotiating a stipulation on this issue and intends to amend its Complaint accordingly.  As used herein, "Lowe's" refers to the remaining Lowe's affiliate(s) in this action.   "Defendants" refers to HeathCo and Lowe's, collectively.

discovery and the schedule in this case as permitted by the Federal Rules of Civil Procedure, the

Local Patent Rules of the Northern District of Illinois and this Court's orders.

The claim chart submitted herewith in the attached Exhibit A is not designed to represent

the entire scope of infringement of the Accused Instrumentalities (defined herein), but is merely

to illustrate examples of how the Accused Instrumentalities infringe claims 1, 7, 9, 18 and 19 of

U.S. Patent 8,310,163 (the "Chen '163 patent"). Further, the division of the claim elements in

the attached claim chart is neither intended to be a modification of the claim language itself nor

an admission that the claims should be construed by said division. Rather, the division of claim

elements is provided solely for purposes of convenience and clarity.

Pursuant to LPR 2.2, Vaxcel provides the following contentions regarding HeathCo's and

Lowe's infringement of the Chen '163 patent:

**(a) identification of each claim of each patent in suit that is allegedly infringed by the opposing party, including for each claim the applicable statutory subsection of 35 U.S.C. § 271;**

HeathCo infringes claims 1, 7, 9, 18, and 19 of the Chen '163 patent under 35 U.S.C. §§

271(a), 271(b), and 271(c). Lowe's infringes claims 1, 7, 9, 18, and 19 of the Chen '163 patent

under 35 U.S.C. §§ 271(a), 271(b), and 271(c). Claims 1, 7, 9, 18, and 19 of the Chen '163

patent are referred to herein as "the Asserted Claims."

**(b) separately for each asserted claim, identification of each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of the opposing party of which the party claiming infringement is aware. Each Accused Instrumentality must be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process;**

The "Accused Instrumentalities" include, but are not limited to, HeathCo fixtures sold or

offered for sale under the following product/model names:

1. HeathCo's 5105 series of fixtures, including but not limited to the SH-5105-BZ and SH-5105-WH fixtures, in combination with one or more commercially available light bulbs;

2. HeathCo's 4192 series of fixtures, including but not limited to the SH-4192-BK-A and SH-4192-WH-A fixtures, in combination with one or more commercially available light bulbs;

3. HeathCo's 4266 series of fixtures, including but not limited to the SH-4266-BK, SH-4266-PB, and SH-4266-SA fixtures, in combination with one or more commercially available light bulbs;

4. HeathCo's 4300 series of fixtures, including but not limited to the SH-4300-BK-A and SH-4300-WH fixtures, in combination with one or more commercially available light bulbs;

5. HeathCo's 4277 series of fixtures, including but not limited to the SH-4227-MB fixture, in combination with one or more commercially available light bulbs; and

6. Any other fixtures sold by Defendants that contain the same or similar relevant circuitry and function and that are sold with similar marketing and technical installation and operation materials.

The fixtures identified in (1)-(6) above are referred to herein as the "Accused Fixtures." In addition, when used in combination with a light bulb to form an Accused Instrumentality, the operation of an Accused Fixture results in the practice of claimed methods, as shown and described in the claim chart of Exhibit A.

**(c) a chart identifying specifically where each element of each asserted claim is found within each Accused Instrumentality, including for each element that such party contends is governed by 35 U.S.C. § 112(6), a description of the claimed function of that element and the identity of the structure(s), act(s), or material(s) in the Accused Instrumentality that performs the claimed function;**

The claim chart submitted herewith as Exhibit A identifies where each element of each Asserted Claim is found within the SH-5105-BZ fixture combined with example LED bulbs recommended by HeathCo and Lowe's for use in the Accused Instrumentalities. The SH-5105-BZ and example LED bulb combinations presented here are merely representative examples of the Accused Instrumentalities. Vaxcel contends that the other Accused Fixtures are functionally

identical to the SH-5105-BZ for purposes of infringement based on at least (i) structural similarities between the other Accused Fixtures and the SH-5105-BZ and (ii) similarities in the marketing and technical installation and operation materials associated with the SH-5105-BZ and the other Accused Fixtures. Vaxcel intends to establish such functional identity through discovery of technical and design documentation relating to the Accused Fixtures produced by HeathCo and, if necessary, through expert testing.

**(d) identification of whether each element of each asserted claim is claimed to be present in the Accused Instrumentality literally or under the doctrine of equivalents. For any claim under the doctrine of equivalents, the Initial Infringement Contentions must include an explanation of each function, way, and result that is equivalent and why any differences are not substantial;**

The Accused Instrumentalities literally infringe the Asserted Claims, or alternatively infringe under the doctrine of equivalents, as indicated in the chart submitted herewith as Exhibit A. Vaxcel does not yet know whether Defendants will argue in response to these contentions that any limitations are not literally met by the Accused Instrumentalities and, if so, what those limitations are. To the extent that Defendants do argue that any limitations are not literally present in the Accused Instrumentalities, Vaxcel reserves the right to explain why those limitations, if not met literally, are present under the Doctrine of Equivalents.

**(e) for each claim that is alleged to have been indirectly infringed, an identification of any direct infringement and a description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement. If alleged direct infringement is based on joint acts of multiple parties, the role of each such party in the direct infringement must be described;**

HeathCo has directly infringed the Asserted Claims by making, using, selling, offering to sell, or importing into the United States, the Accused Instrumentalities. For example, and at a minimum, HeathCo has made and used the Accused Instrumentalities at least when (i) testing Accused Fixtures with light bulbs in connection with developing and manufacturing the Accused

Fixtures, and (ii) demonstrating the Accused Fixtures with light bulbs to its customers and potential customers, including but not limited to Lowe's.

HeathCo has induced its customers (including but not limited to Lowe's) and consumers/end-users to directly infringe the Chen '163 patent. For example, HeathCo induces Lowe's to sell and offer to sell the Accused Fixtures with certain recommended light bulbs through instructions and recommendations provided on or in at least sales and marketing materials, product packaging, product inserts (e.g., installation and operation manuals), and the HeathCo website (*see, e.g.*, Ex. B, http://www.heath-zenith.com/ledbulbs). Similarly, HeathCo induces consumers/end-users to (i) make the Accused Instrumentalities by combining an Accused Fixture with one or more recommended light bulbs (thereby completing the construction of an Accused Instrumentality) through instructions and recommendations provided on or in at least product packaging, product inserts (e.g., installation and operation manuals), and/or the HeathCo website (Ex. B); and (ii) use the Accused Instrumentalities after completing the making thereof, through instructions and recommendations provided on or in at least product packaging, product inserts (e.g., installation and operation manuals), and the HeathCo website (Ex. B).

HeathCo has contributed to its customers' direct infringement by selling, offering to sell, or importing into the United States, the Accused Fixtures. Each Accused Fixture is both (i) a component of an apparatus covered by the Asserted Claims of the Chen '163 patent and (ii) an apparatus for use in practicing methods covered by the Asserted Claims of the Chen '163 patent. Moreover, each Accused Fixture, and/or a distinct and separate component thereof, is a material part of, and has been especially made to practice, the inventions claimed in the Chen '163 patent. Additionally, none of Accused Fixtures, and/or such distinct and separate component thereof, is a

staple article or commodity of commerce suitable for substantial non-infringing uses.

Lowe's has directly infringed the Asserted Claims by making, using, selling, offering to sell, or importing into the United States, the Accused Instrumentalities. For example, and at a minimum, Lowe's has made and used the Accused Instrumentalities at least when combining the Accused Fixtures with light bulbs to create store displays of the Accused Instrumentalities in its retail stores.

Lowe's has induced consumers/end-users to directly infringe the Chen '163 patent. For example, Lowe's induces consumers/end-users to (i) make the Accused Instrumentalities by combining an Accused Fixture with one or more recommended light bulbs (thereby completing the construction of an Accused Instrumentality) through instructions and recommendations provided on/in at least product packaging, product inserts (e.g., installation and operation manuals), the Lowe's website, in-store display materials, and/or in-store advice to consumers/end-users from Lowe's employees; and (ii) use the Accused Instrumentalities after completing the making thereof, through instructions and recommendations provided on or in at least product packaging, product inserts (e.g., installation and operation manuals), the Lowe's website, in-store display materials, and/or in-store advice to consumers/end-users from Lowe's employees.

Lowe's has contributed to its customers' (consumers/end-users) direct infringement by selling, offering to sell, or importing into the United States, the Accused Fixtures. Each Accused Fixture is both (i) a component of an apparatus covered by the Asserted Claims of the Chen '163 patent and (ii) an apparatus for use in practicing methods covered by the Asserted Claims of the Chen '163 patent. Moreover, each Accused Fixture, and/or a distinct and separate component thereof, is a material part of, and has been especially made to practice, the inventions claimed in

the Chen '163 patent. Additionally, none of the Accused Fixtures, and/or such distinct and separate component thereof, is a staple article or commodity of commerce suitable for substantial non-infringing uses.

**(f) for any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled;**

The Chen '163 patent does not claim priority to any earlier application.

**(g) identification of the basis for any allegation of willful infringement; and**

On May 9, 2014, Vaxcel informed Home Depot that certain HeathCo products sold by Home Depot infringe the Chen '163 patent. On June 18, 2014, Home Depot informed Vaxcel that Home Depot had forwarded Vaxcel's infringement allegations to HeathCo and that HeathCo responded that HeathCo products did not infringe the Chen '163 patent. Therefore, HeathCo had knowledge of Vaxcel's infringement allegations relating to the Chen '163 patent at least as of June 18, 2014.

Lowe's was working with Vaxcel in mid-2013 to incorporate the Chen '163 patent marking into Vaxcel's product packaging and began selling Vaxcel products marked with the Chen '163 patent on or about January of 2014 (see section (h) below), and Vaxcel further identified the Chen '163 patent to Lowe's in the spring of 2014. On April 22, 2015, Vaxcel provided Lowe's a copy of the Complaint (Dkt. 1) identifying two Lowe's part numbers (SH-5105-BZ and SH-5105-WH) as infringing the Chen '163 patent. Therefore, Lowe's had actual knowledge of both the Chen '163 patent and that HeathCo products sold by Lowe's infringed the Chen '163 patent at least as of mid-2013, and certainly no later than April 22, 2015.

In view of HeathCo's and Lowe's knowledge of the Chen '163 patent and their infringement thereof, HeathCo's and Lowe's acts of infringement have been and continue to be willful, deliberate, and in reckless disregard of Vaxcel's patent rights.

**(h) if a party claiming patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own or its licensee's apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party must identify, separately for each asserted patent, each such apparatus, product, device, process, method, act, or other instrumentality that incorporates or reflects that particular claim, including whether it is marked with the patent number.**

The following Vaxcel products incorporate and/or reflect the technology claimed in the Asserted Claims, and these Vaxcel products currently compete against or previously competed against one or more of the HeathCo fixtures in the Accused Instrumentalities:

| Retailer SKU | Vendor SKU | Customer | Marked with '163 Patent Marking | Current Status |
|---|---|---|---|---|
| 482281 | E3061C | Lowe's | Yes | Discontinued |
| 482282 | E3091C | Lowe's | Yes | Discontinued |
| 482283 | E3024C | Lowe's | Yes | Discontinued |
| 3564027 | ow4027or | Menards | Pending | Active |
| 3564277 | ow4277bz | Menards | Pending | Active |
| 3564275 | ow4275or | Menards | Pending | Active |
| 3564276 | ow4276w | Menards | Pending | Active |
| 3564030 | ow4030b | Menards | Pending | Active |
| 3564028 | ow4028bz | Menards | Pending | Active |
| 3564029 | ow4029w | Menards | Pending | Active |

Respectfully submitted,

Dated:  June 2, 2015

s/ Kirsten L. Thomson
Kirsten L. Thomson (ID No. 6293943)
(thomson@mbhb.com)
Grantland Gilbert Drutchas (ID No. 6191150)
(drutchas@mbhb.com)
Marcus J. Thymian (ID No. 6256769)
(thymian@mbhb.com)
Nicole Anne Keenan (ID No. 6272217)
(keenan@mbhb.com)
Cole B. Richter (ID No. 6315686)
(richter@mbhb.com)

**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

**Attorneys for Plaintiff,**
VAXCEL INTERNATIONAL CO., LTD.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS PURSUANT TO LOCAL PATENT RULE 2.2 was served on June 2, 2015 as follows:

***Via Email:***

***Counsel for HeathCo, LLC:***

Karl Regan Fink
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Email: krfink@fitcheven.com

Nicole L. Little
Fitch Even Tabin & Flannery
120 S. LaSalle St.
Suite 1600
Chicago, IL 60603
312 577 7000
Fax: 312 577 7007
Email: nlittle@fitcheven.com

s/ Kirsten L. Thomson

# EXHIBIT A

Claim Chart for U.S. Patent No. 8,310,163

**Infringement Claim Chart for the Accused Fixtures/Instrumentalities**
(Using Representative Accused Fixture Model No. SH-5105-BZ)

| Claim 1 | HeathCo Accused Fixtures (Representative Accused Fixture: HeathZenith Model No. SH-5105-BZ) |
|---|---|
| 1.0 A lighting control system using with a microcontroller, comprising: | The HeathZenith model SH-5105-BZ shown below is "a lighting control system using … a microcontroller."<br><br><br><br>The photo below shows the lighting control system housing opened to expose the electronic components and circuitry including the motherboard with an attached daughterboard containing the microcontroller.  The motherboard is also connected by wiring to the auxiliary sensor board (red, black and white wires), to the lighting load (red and white wires) and to the AC power (black and white wires). |

Claim Chart for U.S. Patent No. 8,310,163



Thus, the HeathZenith model SH-5105-BZ is "a lighting control system using … a microcontroller."

| | |
|---|---|
| 1.1 a lighting load; | The two lamps pictured above, installed in the HeathZenith model SH-5105-BZ lighting control system are the "lighting load." |
| 1.2 a semi-conductor switching device coupled to the lighting load and an AC power, wherein the semi-conductor switching device controls a time period for the AC power transmitting an electric power to the lighting | The HeathZenith model SH-5105-BZ contains "a semi-conductor switching device coupled to the lighting load and an AC power, wherein the semi-conductor switching device controls a time period for the AC power transmitting an electric power to the lighting load;" |

Claim Chart for U.S. Patent No. 8,310,163

| load; | For example, the component labeled below as STMicroelectronics BTA10 triac (spec sheet included below) is "a semi-conductor switching device coupled to the lighting load and an AC power" (red and black) wires)  |
| --- | --- |

Claim Chart for U.S. Patent No. 8,310,163



# BTA10 and BTB10 Series

**SNUBBERLESS™ & STANDARD**

## 10A TRIACs

**Table 1: Main Features**

| Symbol | Value | Unit |
|---|---|---|
| $I_{T(RMS)}$ | 10 | A |
| $V_{DRM}/V_{RRM}$ | 600 and 800 | V |
| $I_{GT}$ ($Q_1$) | 25 to 50 | mA |

**DESCRIPTION**

Available either in through-hole or surface-mount packages, the **BTA10** and **BTB10** triac series is suitable for general purpose AC switching. They can be used as an ON/OFF function in applications such as static relays, heating regulation, induction motor starting circuits... or for phase control operation in light dimmers, motor speed controllers,...

The snubberless version (W suffix) is specially recommended for use on inductive loads, thanks to their high commutation performances.

By using an internal ceramic pad, the BTA series provides voltage insulated tab (rated at 2500$V_{RMS}$) complying with UL standards (File ref.: E81734).



TO-220AB Insulated (BTA10)  TO-220AB (BTB10)

**Table 2: Order Codes**

| Part Number | Marking |
|---|---|
| BTA10-xxxxxRG | See page table 8 on page 6 |
| BTB10-xxxxxRG | |

**Table 3: Absolute Maximum Ratings**

| Symbol | Parameter | | | Value | Unit |
|---|---|---|---|---|---|
| $I_{T(RMS)}$ | RMS on-state current (full sine wave) | TO-220AB | $T_c = 105°C$ | 10 | A |
| | | TO-220AB Ins. | $T_c = 95°C$ | | |
| $I_{TSM}$ | Non repetitive surge peak on-state current (full cycle, $T_j$ initial = 25°C) | F = 50 Hz | t = 20 ms | 100 | A |
| | | F = 60 Hz | t = 16.7 ms | 105 | |
| $I^2t$ | $I^2t$ Value for fusing | $t_p = 10$ ms | | 55 | $A^2s$ |
| dI/dt | Critical rate of rise of on-state current $I_G = 2 \times I_{GT}$, $t_r \leq 100$ ns | F = 120 Hz | $T_j = 125°C$ | 50 | A/µs |
| $V_{DSM}/V_{RSM}$ | Non repetitive surge peak off-state voltage | $t_p = 10$ ms | $T_j = 25°C$ | $V_{DSM}/V_{RSM}$ + 100 | V |
| $I_{GM}$ | Peak gate current | $t_p = 20$ µs | $T_j = 125°C$ | 4 | A |
| $P_{G(AV)}$ | Average gate power dissipation | | $T_j = 125°C$ | 1 | W |
| $T_{stg}$ $T_j$ | Storage junction temperature range Operating junction temperature range | | | - 40 to + 150 - 40 to + 125 | °C |

Claim Chart for U.S. Patent No. 8,310,163

The subcircuit schematic of the AC line supply, the lighting load, and the triac is illustrated below.



Claim Chart for U.S. Patent No. 8,310,163

The oscilloscope traces below illustrate "wherein a semi-conductor switching device coupled to the lighting load and an AC power, wherein the semi-conductor switching device controls a time period for the AC power transmitting an electric power to the lighting load;" for three levels of lighting load, respectively, including the lighting load "OFF" condition, the lighting load "FULL ON" condition, and the lighting load "DIM ON" condition. For example:

Lighting load "OFF" condition -
Oscilloscope traces showing AC Power waveform (orange) and waveform delivered by the semi-conductor switching device (triac) to lighting load (purple), which is ZERO.



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "FULL ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "DIM ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Thus, the HeathZenith model SH-5105-BZ lighting control system utilizes "a semi-conductor switching device coupled to the lighting load and an AC power, wherein the semi-conductor switching device controls a time period for the AC power transmitting an electric power to the lighting load;"

Claim Chart for U.S. Patent No. 8,310,163

| | |
|---|---|
| 1.3 a zero-crossing-point detection circuit coupled to the AC power, wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square-wave corresponds to a zero-crossing point of the AC voltage sine-wave; and | HeathZenith model SH-5105-BZ lighting control system contains "a zero-crossing-point detection circuit coupled to the AC power, wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square-wave corresponds to a zero-crossing point of the AC voltage sine-wave;"<br><br>For example, the annotated photograph below of the motherboard of HeathZenith model SH-5105-BZ lighting control system labels the test points used to measure (using a digital oscilloscope) the voltage over time output characteristics of the "zero-crossing point detection circuit coupled to the AC power, wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square wave corresponds to a zero-crossing point of the AC voltage sine-wave;"<br><br> |

Claim Chart for U.S. Patent No. 8,310,163

|  | The oscilloscope traces in the figure below show the voltage over time characteristics of the "zero-crossing point detection circuit coupled to the AC power" (test point Zero_crossing_point_signal). The red trace shows "wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square wave corresponds to a zero-crossing point of the AC voltage sine-wave". The red trace is obtained by measuring the difference signal (red trace, labeled CH1-CH2) between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2). The red trace recorded by measuring the difference signal between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) reveals a 5V peak-to-peak (p-p) square wave whose transitions precisely align with the zero crossings of the input AC waveform (for example, compare the zero crossings of the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) to the 50% point on the rising and falling edges for the red trace). The relatively large width of the red trace line is a result of discretization error and some noise evident at the difference inputs (CH1-CH2) of the digital oscilloscope. Nevertheless, the red trace recorded by measuring the difference signal between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) reveals a 5V peak-to-peak (p-p) square wave whose transitions precisely align with the zero crossings of the input AC waveform (System_ground node, blue). |
|---|---|

Claim Chart for U.S. Patent No. 8,310,163



Thus, the oscilloscope traces as measured at the test points indicated in the above annotated photograph of the motherboard of HeathZenith model SH-5105-BZ lighting control system demonstrate, "a zero-crossing-point detection circuit coupled to the AC power, wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square-wave corresponds to a zero-crossing point of the AC voltage sine-wave;"

Claim Chart for U.S. Patent No. 8,310,163

| | |
|---|---|
| 1.4 a microcontroller coupled to the semi-conductor switching device and the zero-crossing-point detection circuit, wherein the microcontroller receives the symmetric square-wave and sends out a zero-crossing-point time-delay pulse to the semi-conductor switching device, and the zero-crossing-point time-delay pulse lags with a time difference behind the edge of the symmetric square-wave, wherein the said time difference ranges from $(t_o)$ to $(1/(2f)−t_o)$, wherein $t_o=(1/2\pi f)\sin^{-1}(V_t/V_m)$, f is frequency of the AC power, $V_m$ is voltage amplitude of the AC power and $V_t$ is threshold voltage for the electric current flowing in the lighting load.[1] | The HeathZenith model SH-5105-BZ lighting control system contains "a microcontroller coupled to the semi-conductor switching device and the zero-crossing-point detection circuit, wherein the microcontroller receives the symmetric square-wave and sends out a zero-crossing-point time-delay pulse to the semi-conductor switching device, and the zero-crossing-point time-delay pulse lags with a time difference behind the edge of the symmetric square-wave, wherein the said time difference ranges from $(t_o)$ to $(1/(2f)−t_o)$, wherein $t_o=(1/2\pi f)\sin^{-1}(V_t/V_m)$, f is frequency of the AC power, $V_m$ is voltage amplitude of the AC and $V_t$ is threshold voltage for the electric current flowing in the lighting load." <br><br> For example, the photo below shows the HeathZenith model SH-5105-BZ lighting control system main circuit board (motherboard) including daughter board with glob top microcontroller integrated circuit die, and the auxiliary sensor circuit board. <br><br>  |

[1] Note that a Request for Certificate of Correction was filed for this patent with the Patent Office on May 18, 2015. This Request was produced as part of Vaxcel's Initial Disclosure documents. For clarity, claims 1 and 9, as presented herein, reflect this corrected language that was the clear result of Patent Office error when printing the Chen '163 patent.

Claim Chart for U.S. Patent No. 8,310,163

The photo below shows the HeathZenith model SH-5105-BZ daughter board with the polymer cover material ("glob top") after removal of a portion of the polymer material so as to expose the microcontroller integrated circuit die.



Claim Chart for U.S. Patent No. 8,310,163

The photo below is a higher magnification photograph of the microcontroller die.



Claim Chart for U.S. Patent No. 8,310,163

The annotated x-ray of the daughterboard (below) illustrates the pinout assignment corresponding to the bond pads and wirebonds of the microcontroller die.



Claim Chart for U.S. Patent No. 8,310,163

The oscilloscope traces and analysis below demonstrate that the HeathZenith model SH-5105-BZ lighting control system contains "a microcontroller coupled to the semi-conductor switching device and the zero-crossing-point detection circuit, wherein the microcontroller receives the symmetric square-wave and sends out a zero-crossing-point time-delay pulse to the semi-conductor switching device, and the zero-crossing-point time-delay pulse lags with a time difference behind the edge of the symmetric square-wave, wherein the said time difference ranges from $(t_o)$ to $(1/(2f)-t_o)$, wherein $t_o=(1/2\pi f)\sin^{-1}(V_t/V_m)$, f is frequency of the AC power, $V_m$ is voltage amplitude of the AC and $V_t$ is threshold voltage for the electric current flowing in the lighting load."

For example, in the three sets of oscilloscope traces below, the topmost set of traces (labeled: Maximum brightness (FULL ON) case: $t_D$ is at a minimum) shows the timing relationship of the signal from the zero-crossing-point detection circuit signal (pink trace CH3) to the AC voltage sine wave. The transitions in the zero-crossing-point circuit signal are centered on the time scale with the zero crossing of the AC voltage sine wave. "…the zero-crossing-point time-delay pulse…" (red trace) "…lags with a time difference…" (labeled $t_D$) "…behind the edge of the symmetric square-wave."

The middle and bottommost sets of oscilloscope traces are analogous to the topmost set of oscilloscope traces showing the timing relationship of the zero-crossing-point detection circuit signal (pink) to the AC voltage sine wave. As for the topmost set of oscilloscope traces, the transitions in the zero-crossing-point circuit signal are centered on the time scale with the zero crossing of the AC voltage sine wave. "…the zero-crossing-point time-delay pulse…" (red trace) "…lags with a time difference…" (labeled $t_D$) "…behind the edge of the symmetric square-wave." The middle and bottommost sets of oscilloscope traces illustrate the signal waveforms and signal timing relationships in the case of intermediate lamp brightness (DIM ON) where $t_D$ is at an intermediate value, and in the case of minimum lamp brightness (OFF) where $t_D$ is at a maximum, respectively.

"wherein the said time difference ranges from $(t_o)$ to $(1/(2f)-t_o)$, wherein $t_o=(1/2\pi f)\sin^{-1}(V_t/V_m)$, f is frequency of the AC power, $V_m$ is voltage amplitude of the AC and $V_t$ is threshold voltage for the electric current flowing in the lighting load."

Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163

The photo below shows the current versus voltage (IV) characteristic of the LED array subassembly for example LED Bulb 3 Philips.  Note that the IV characteristic of the LED array subassembly exhibits a cut-in voltage, $V_t$ , of 30 V.



Claim Chart for U.S. Patent No. 8,310,163

|  | To the extent that Defendants may assert that the Accused Fixtures do not meet the "microcontroller" limitation because they contain an ASIC (Application-Specific Integrated Circuit), Vaxcel disagrees.  First, to the extent the Accused Fixtures contain an ASIC, such ASIC is effectively an application-specific "microcontroller" as that term is used in the specification and Asserted Claims of the patent-in-suit.  Further, even if the term "microcontroller" were construed in such a way as to exclude an ASIC and, for example, such as being improperly limited to a reprogrammable microcontroller, an ASIC would clearly be equivalent, and infringe under the Doctrine of Equivalents.  That is, an ASIC is well known to be equivalent to such a reprogrammable microcontroller in this setting, where the microcontroller/ASIC executes a specific operation.  That is, the ASIC performs the same function (producing a lighting output based on a sensor input) the same way (using digital logic) to achieve the same result (regulating the lamp function).  Moreover, an ASIC is known to be interchangeable for and have insubstantial differences in this context from a reprogrammable microcontroller, particularly for high-volume applications.  For example, where reprogrammability is not necessary (as in the claimed invention), the microcontroller can be implemented as an ASIC. |
|---|---|

Claim Chart for U.S. Patent No. 8,310,163

| Claim 7 | HeathCo Accused Fixtures<br>(Representative Accused Fixture: HeathZenith Model No. SH-5105-BZ) |
|---|---|
| 7.0 The system of claim 1, wherein the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier. | HeathZenith model SH-5105-BZ lighting control system of Claim 1 as described above in reference to Claim 1 is a system "wherein the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier."<br><br>For example, the lighting load is one or more of several LED bulbs recommended by HeathZenith viewable at Exhibit B, http://www.heath-zenith.com//ledbulbs. The list of recommended LED bulbs recommended by HeathZenith includes:<br><br>1. Utilitech, Pro PAR 20 50 W 3000K replacement, Model Number 179496<br>2. Cree, 90W Equivalent Bright White (3000K) PAR38 47 Degree Flood Dimmable LED Light Bulb, Model Number BPAR38-1503047T-12DE26-1U100<br>3. Philips, 90W Equivalent Bright White (3000K) PAR38 Wet-Rated Outdoor and Security LED Flood Light Bulb, Model Number 435008<br><br>Example Bulb 1 Utilitech is shown in original packaging and unboxed below.<br><br> |

Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 1 Utilitech during disassembly is shown below. The photos below show the LED array and heatsink (top view, topmost), socket and housing (middle), and encapsulated electronic assembly that connects AC line voltage (socket leftmost in lowermost photo) to the two connections to the LED array (flying leads rightmost).





Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 1 Utilitech during further disassembly is shown below. The photo below after de-encapsulation shows the electrical and electronic components and connections on the bulb printed circuit board from the AC line voltage (leftmost) to the two connections to the LED array (rightmost). The package labeled D on the circuit board with four electrical connections annotated on the photo below is a full-wave bridge rectifier. The full-wave bridge rectifier is marked UA80 (over) 099D.



Claim Chart for U.S. Patent No. 8,310,163

A block diagram of the Bulb 1 Utilitech lighting load (LED bulb) is shown below.



Claim Chart for U.S. Patent No. 8,310,163

A portion of spec sheet for the UA80 bridge rectifier is shown below (spec sheet attached).



Claim Chart for U.S. Patent No. 8,310,163

An x-ray of the UA80 full-wave bridge rectifier showing the four diodes comprising the UA80 full-wave bridge rectifier is shown below.



Thus the bulb printed circuit board of "the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier."

Thus, Example Bulb 1 Utilitech when installed in the HeathZenith model SH-5105-BZ lighting control system demonstrates "The system of claim 1, wherein the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier."

Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 2 Cree is shown in original packaging and unboxed below.



Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 2 Cree during disassembly is shown below.  The photos below show the LED array and heatsink (top view, left), and the socket, housing and electronic assembly (front and back views) that connect AC line voltage to the socket and the two connections (silver pads marked J3 and J4) to the LED array.



Example Bulb 2 Cree is shown below after further disassembly. The photo below after de-encapsulation shows the electrical and electronic components and connections on the bulb printed circuit board from the AC line voltage (bottommost) to the two connections to the LED array (J3A and J4A). The package with four electrical connections annotated on the photo below is a full-wave bridge rectifier. The full-wave bridge rectifier labeled D2 is marked MCC (over) MB4S.



Claim Chart for U.S. Patent No. 8,310,163

A block diagram of the Example Bulb 2 Cree lighting load (LED bulb) is shown below.



Claim Chart for U.S. Patent No. 8,310,163

A portion of spec sheet for the MB4S bridge rectifier is shown below (spec sheet attached).



Claim Chart for U.S. Patent No. 8,310,163

An x-ray of the MB4S full-wave bridge rectifier showing the four diodes comprising the MB4S full-wave bridge rectifier is shown below.



Thus, Example Bulb 2 Cree when installed in the HeathZenith model SH-5105-BZ lighting control system demonstrates "The system of claim 1, wherein the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier."

Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 3 Philips is shown in original packaging and unboxed below.



Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 3 Philips during disassembly is shown below.  The photos below show the LED array and heatsink (top plate on left connected to red and black conductors and LED array on reverse is shown on right below), as well as the socket and housing and encapsulated electronic assembly that connects AC line voltage (socket at bottom on photo on left) to the bulb printed circuit board.  Photo further below shows the bulb printed circuit board after de-encapsulation with socket at bottom and black and red conductors that have been disconnected from the LED array.



Claim Chart for U.S. Patent No. 8,310,163

Example Bulb 3 Philips is further shown below. The photo below after de-encapsulation shows the electrical and electronic components and connections on the bulb printed circuit board from the AC line voltage (bottommost) to the two black and red connections to the LED array. The package with four electrical connections labeled BR1 annotated on the photo below is a full-wave bridge rectifier. The full-wave bridge rectifier is marked LLB08.



Claim Chart for U.S. Patent No. 8,310,163

A block diagram of the Example Bulb 3 Philips lighting load (LED bulb) is shown below.



Claim Chart for U.S. Patent No. 8,310,163

A portion of spec sheet for the LLB08 bridge rectifier is shown below (spec sheet attached).

**LLB005 THRU LLB10**

**SINGLE PHASE GLASS PASSIVATED
SURFACE MOUNT FLAT BRIDGE RECTIFIER**
VOLTAGE: 50 TO 1000V          CURRENT: 1.0A



**FEATURE**
Ideal for printed circuit board
Glass passivated chip
Reliable low cost construction utilizing molded plastic
technique
High surge current capability
Small size, simple installation
High temperature soldering guaranteed:
260°C/10 seconds/0.375" lead length at 5 lbs tension

**MECHANICAL DATA**
Terminal: Plated leads solderable per
         MIL-STD 202E, method 208C
Case:UL-94 Class V-0 recognized Flame Retardant Epoxy
Polarity: Polarity symbol marked on body

LBF

DETAIL "A", SCALE=20/1

Claim Chart for U.S. Patent No. 8,310,163

An x-ray of the LLB08 full-wave bridge rectifier showing the four diodes comprising the LLB08 full-wave bridge rectifier is shown below.



Thus Example Bulb 3 Philips when installed in the HeathZenith model SH-5105-BZ lighting control system demonstrates "The system of claim 1, wherein the lighting load includes a DC light-emitting diode module bridging one port of a full-wave bridge rectifier."

Claim Chart for U.S. Patent No. 8,310,163

| Claim 9 | HeathCo Accused Fixtures (Representative Accused Fixture: HeathZenith Model No. SH-5105-BZ) |
|---|---|
| 9.0  A method of lighting control, providing a lighting control circuit for determining a lighting status of a lighting load, wherein the lighting control circuit includes a semi-conductor switching device, a zero-crossing-point detection circuit and a microcontroller, the method comprising: | The HeathZenith model SH-5105-BZ implements "A method of lighting control, providing a lighting control circuit for determining a lighting status of a lighting load, wherein the lighting control circuit includes a semi-conductor switching device, a zero-crossing-point detection circuit and a microcontroller," <br><br> For example, the HeathZenith model SH-5105-BZ below incorporates "a lighting control circuit for determining a lighting status of a lighting load, wherein the lighting control circuit includes a semi-conductor switching device," <br><br>  |

Claim Chart for U.S. Patent No. 8,310,163

The photo below shows the HeathZenith model SH-5105-BZ lighting control system housing opened to expose the electronic components and circuitry including the motherboard with an attached daughterboard containing the microcontroller. The motherboard is also connected by wiring to the auxiliary sensor board (red, black and white wires), to the lighting load (red and white wires) and to the AC power (black and white wires).



The two lamps pictured above, installed in the HeathZenith model SH-5105-BZ lighting control system are the "lighting load."

Claim Chart for U.S. Patent No. 8,310,163

| | The component labeled below as STMicroelectronics BTA10 triac (see complete spec sheet attached) is "a semi-conductor switching device coupled to the lighting load and an AC power" (red and black wires)<br><br> |
|---|---|

Claim Chart for U.S. Patent No. 8,310,163



# BTA10 and BTB10 Series

SNUBBERLESS™ & STANDARD

## 10A TRIACs

**Table 1: Main Features**

| Symbol | Value | Unit |
|---|---|---|
| $I_{T(RMS)}$ | 10 | A |
| $V_{DRM}/V_{RRM}$ | 600 and 800 | V |
| $I_{GT}$ ($Q_I$) | 25 to 50 | mA |

**DESCRIPTION**

Available either in through-hole or surface-mount packages, the **BTA10** and **BTB10** triac series is suitable for general purpose AC switching. They can be used as an ON/OFF function in applications such as static relays, heating regulation, induction motor starting circuits... or for phase control operation in light dimmers, motor speed controllers,...

The snubberless version (W suffix) is specially recommended for use on inductive loads, thanks to their high commutation performances.

By using an internal ceramic pad, the BTA series provides voltage insulated tab (rated at $2500V_{RMS}$) complying with UL standards (File ref.: E81734).



TO-220AB Insulated (BTA10)

TO-220AB (BTB10)

**Table 2: Order Codes**

| Part Number | Marking |
|---|---|
| BTA10-xxxxxRG | See page table 8 on |
| BTB10-xxxxxRG | page 6 |

**Table 3: Absolute Maximum Ratings**

| Symbol | Parameter | | | Value | Unit |
|---|---|---|---|---|---|
| $I_{T(RMS)}$ | RMS on-state current (full sine wave) | TO-220AB | $T_c$ = 105°C | 10 | A |
| | | TO-220AB Ins. | $T_c$ = 95°C | | |
| $I_{TSM}$ | Non repetitive surge peak on-state current  (full cycle, $T_j$ initial = 25°C) | F = 50 Hz | t = 20 ms | 100 | A |
| | | F = 60 Hz | t = 16.7 ms | 105 | |
| $I^2t$ | I²t Value for fusing | $t_p$ = 10 ms | | 55 | A²s |
| dI/dt | Critical rate of rise of on-state current $I_G$ = 2 x $I_{GT}$ , $t_r$ ≤ 100 ns | F = 120 Hz | $T_j$ = 125°C | 50 | A/µs |
| $V_{DSM}/V_{RSM}$ | Non repetitive surge peak off-state voltage | $t_p$ = 10 ms | $T_j$ = 25°C | $V_{DSM}/V_{RSM}$ + 100 | V |
| $I_{GM}$ | Peak gate current | $t_p$ = 20 µs | $T_j$ = 125°C | 4 | A |
| $P_{G(AV)}$ | Average gate power dissipation | | $T_j$ = 125°C | 1 | W |
| $T_{stg}$ $T_j$ | Storage junction temperature range Operating junction temperature range | | | - 40 to + 150 - 40 to + 125 | °C |

Claim Chart for U.S. Patent No. 8,310,163

The subcircuit schematic of the AC line supply, the lighting load, and the triac is illustrated below.



| 9.1 the zero-crossing-point detection circuit converting AC voltage sine-waves to symmetric square-waves; | The annotated photograph of the motherboard of HeathZenith model SH-5105-BZ lighting control system labels the test points used to measure (using a digital oscilloscope) the voltage over time output characteristics of "the zero-crossing-point detection circuit converting AC voltage sine-waves to symmetric square-waves;" <br><br>  <br><br> The oscilloscope traces below show the voltage over time characteristics of the "zero-crossing point detection circuit coupled to the AC power" (test point Zero_crossing_point_signal). The red trace shows "wherein the zero-crossing-point detection circuit converts AC voltage sine-waves into symmetric square-waves, and an edge of the symmetric square wave corresponds to a zero-crossing point of the AC voltage sine-wave;" The red trace is obtained by measuring the difference signal (red trace, labeled CH1-CH2) between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2). The red trace recorded by measuring the difference signal between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) reveals a 5V peak-to-peak (p-p) square wave whose transitions precisely align with the zero crossings of the input AC waveform (for example, compare |

Claim Chart for U.S. Patent No. 8,310,163

the zero crossings of the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) to the 50% point on the rising and falling edges for the red trace. The relatively large width of the red trace line is a result of discretization error and some noise evident at the difference inputs (CH1-CH2) of the digital oscilloscope. Nevertheless, the red trace recorded by measuring the difference signal between the Zero_crossing_point_signal (orange trace CHannel 1) and System_ground node (blue trace, CHannel 2) reveals a 5V peak-to-peak (p-p) square wave whose transitions precisely align with the zero crossings of the input AC waveform (System_ground node, blue).



Thus, the oscilloscope traces, as measured at the test points indicated in the above annotated photograph of the motherboard of HeathZenith model SH-5105-BZ lighting control system, demonstrate "the zero-crossing-point detection circuit converting AC voltage sine-waves to symmetric square-waves;"

Claim Chart for U.S. Patent No. 8,310,163

| | |
|---|---|
| 9.2 the microcontroller reading an external control signal, and executing one of a plurality of different external control loops according to the external control signal, and generating a corresponding series of zero-crossing-point time-delay pulses, wherein the zero-crossing-point time-delay pulse lags behind the edge of the symmetric square-wave for a time difference, wherein the said time difference ranges from ($t_0$) to (1/(2f)-$t_0$), wherein $t_0$ =(1/2$\pi$f)sin$^{-1}$ ($V_t$/$V_m$), f is frequency of the AC power, and $V_m$ is voltage amplitude of the AC power, and $V_t$ is threshold voltage for the electric current flowing in the lighting load; and | The oscilloscope traces and analysis below demonstrate that the HeathZenith model SH-5105-BZ lighting control system implements a method in which "the microcontroller read[s] an external control signal [(i.e. from the auxiliary sensor board (e.g. CDS daylight detection sensor and the PIR motion detection sensor))], and execut[es] one of a plurality of different external control loops according to the external control signal [(i.e. performs one of several lighting functions enabled through digital logic circuitry)], and generat[es] a corresponding series of zero-crossing-point time-delay pulses, wherein the zero-crossing-point time-delay pulse lags behind the edge of the symmetric square-wave for a time difference, wherein the said time difference ranges from ($t_0$) to (1/(2f)-$t_0$), wherein $t_0$ =(1/2$\pi$f)sin$^{-1}$ ($V_t$/$V_m$), f is frequency of the AC power, and $V_m$ is voltage amplitude of the AC power, and $V_t$ is threshold voltage for the electric current flowing in the lighting load;" <br><br> For example, in the three sets of oscilloscope traces below, the topmost set of traces (labeled: Maximum brightness (FULL ON) case: $t_D$ is at a minimum) shows the timing relationship of the signal from the zero-crossing-point detection circuit signal (pink trace CH3) to the AC voltage sine wave. The transitions in the zero-crossing-point circuit signal are centered on the time scale with the zero crossing of the AC voltage sine wave. "…the zero-crossing-point time-delay pulse…" (red trace) "…lags with a time difference…" (labeled $t_D$)"…behind the edge of the symmetric square-wave." <br><br> The middle and bottommost sets of oscilloscope traces are analogous to the topmost set of oscilloscope traces showing the timing relationship of the zero-crossing-point detection circuit signal (pink) to the AC voltage sine wave. As for the topmost set of oscilloscope traces, the transitions in the zero-crossing-point circuit signal are centered on the time scale with the zero crossing of the AC voltage sine wave. "…the zero-crossing-point time-delay pulse…" (red trace) "…lags with a time difference…" (labeled $t_D$)"…behind the edge of the symmetric square-wave." The middle and bottommost sets of oscilloscope traces illustrate the signal waveforms and signal timing relationships in the case of intermediate lamp brightness (DIM ON) where $t_D$ is at an intermediate value, and in the case of minimum lamp brightness (OFF) where $t_D$ is at a maximum, respectively. |

Claim Chart for U.S. Patent No. 8,310,163

"wherein the said time difference ranges from ($t_o$) to ($1/(2f)−t_o$), wherein $t_o=(1/2\pi f)\sin^{-1}(V_t/V_m)$, f is frequency of the AC power, $V_m$ is voltage amplitude of the AC and $V_t$ is threshold voltage for the electric current flowing in the lighting load. "

Maximum brightness case: $t_D$ is at minimum



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163

| | To the extent that Defendants may assert that the Accused Fixtures do not meet the "microcontroller" limitation because they contain an ASIC (Application-Specific Integrated Circuit), Vaxcel disagrees. First, to the extent the Accused Fixtures contain an ASIC, such ASIC is effectively an application-specific "microcontroller" as that term is used in the specification and Asserted Claims of the patent-in-suit. Further, even if the term "microcontroller" were construed in such a way as to exclude an ASIC and, for example, such as being improperly limited to a reprogrammable microcontroller, an ASIC would clearly be equivalent, and infringe under the Doctrine of Equivalents. That is, an ASIC is well known to be equivalent to such a reprogrammable microcontroller in this setting, where the microcontroller/ASIC executes a specific operation. That is, the ASIC performs the same function (producing a lighting output based on a sensor input) the same way (using digital logic) to achieve the same result (regulating the lamp function). Moreover, an ASIC is known to be interchangeable for and have insubstantial differences in this context from a reprogrammable microcontroller, particularly for high-volume applications. For example, where reprogrammability is not necessary (as in the claimed invention), the microcontroller can be implemented as an ASIC. |
|---|---|
| 9.3 controlling the time period for an AC power transmitting electric power to the lighting load by means of the semiconductor switching device controlled by the corresponding zero-crossing-point time-delay pulse. | The oscilloscope traces below illustrate "controlling the time period for an AC power transmitting electric power to the lighting load by means of the semiconductor switching device controlled by the corresponding zero-crossing-point time-delay pulse" for three levels of lighting load, respectively, including the lighting load "OFF" condition, the lighting load "FULL ON" condition, and the lighting load "DIM ON" condition. For example: |

Claim Chart for U.S. Patent No. 8,310,163

Lighting load "OFF" condition -
Oscilloscope traces showing AC Power waveform (orange) and waveform delivered by the semi-conductor switching device (triac) to lighting load (purple) which is ZERO.



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "FULL ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "DIM ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Thus, the HeathZenith model SH-5105-BZ lighting control system implements a method of "controlling the time period for an AC power transmitting electric power to the lighting load by means of the semiconductor switching device controlled by the corresponding zero-crossing-point time-delay pulse."

Claim Chart for U.S. Patent No. 8,310,163

| Claim 18 | HeathCo Accused Fixtures<br>(Representative Accused Fixture: HeathZenith Model No. SH-5105-BZ) |
|---|---|
| 18.0 The method of claim 9, wherein the external control signal is a first external control signal or a second external control signal, and the microcontroller executes the variant external control loops in response to the first external control signal, so as to execute a first illumination mode and the microcontroller alternately executes the variant external control loops in response to the second external control signal, so as to alternately execute a second illumination mode and a third illumination mode. | The HeathZenith model SH-5105-BZ lighting control system carries out "The method of claim 9, wherein the external control signal is a first external control signal or a second external control signal, and the microcontroller executes the variant external control loops in response to the first external control signal, so as to execute a first illumination mode; and the microcontroller alternately executes the variant external control loops in response to the second external control signal, so as to alternately execute a second illumination mode and a third illumination mode."<br><br>For example, the "Dual Brite Timer" feature of the HeathZenith model SH-5105-BZ implements "The method of claim 9, wherein the external control signal is a first external control signal or a second external control signal, and the microcontroller executes the variant external control loops in response to the first external control signal, so as to execute a first illumination mode; and the microcontroller alternately executes the variant external control loops in response to the second external control signal, so as to alternately execute a second illumination mode and a third illumination mode."<br><br>For example, the extract below from the HeathZenith model SH-5105-BZ product manual (relevant product manual pages also reproduced in whole below) describes the "Dual Brite Timer" product feature shown below.<br><br>**DUALBRITE® Timer**<br>Light comes on half bright for selected time after dusk (Off, 3 hr., 6 hr., until dawn). Selecting OFF disables this feature. The motion sensing features will continue to work as described in this manual. If motion is sensed, the light turns on full bright for the ON-TIME (1, 5, or 20 minutes) then returns to dim mode. |

Claim Chart for U.S. Patent No. 8,310,163

The operation and illumination modes of the HeathZenith model SH-5105-BZ lighting control system are demonstrated by reference to the waveforms below that show how the lighting control system applies voltage to the lighting load of the lighting control system in each of the three illumination modes. In the explanation that follows, the three illumination modes are referred to as OFF, FULL ON, and DIM ON as was done for claim element 9.3 above.

Lighting load "OFF" condition -
Oscilloscope traces showing AC Power waveform (orange) and waveform delivered by the semi-conductor switching device (triac) to lighting load (purple) which is ZERO.



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "FULL ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "DIM ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Thus the HeathZenith model SH-5105-BZ lighting control system carries out "The method of claim 9, wherein the external control signal is a first external control signal or a second external control signal, and the microcontroller executes the variant external control loops in response to the first external control signal, so as to execute a first illumination mode; and the microcontroller alternately executes the variant external control loops in response to the second external control signal, so as to alternately execute a second illumination mode and a third illumination mode."

Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



204081-02

Claim Chart for U.S. Patent No. 8,310,163

## SPECIFICATIONS

Range . . . . . . . . . . . Up to 70 ft. (21 m); 100 ft. (30.5 m) with Range Boost. [varies with surrounding temperature]

Vertical Range . . . . . . Up to 15 ft. (4.6 m)

Sensing Angle . . . . . . Up to 240° horizontal. Up to 80° Vertical

Electrical Load . . . . . . Up to 300 Watt Maximum Incandescent [Up to 150 Watt maximum each bulb holder.]

Power Requirements . 120 VAC, 60 Hz

Operating Modes . . . . TEST, AUTO and MANUAL MODE

Time Delay . . . . . . . . 1, 5, 20 minutes

DualBrite® Timer . . . . 3, 6 hours, Dusk-to-Dawn

HeathCo LLC reserves the right to discontinue products and to change specifications at any time without incurring any obligation to incorporate new features in products previously sold.

## TROUBLESHOOTING GUIDE

| SYMPTOM | POSSIBLE CAUSE | SOLUTION |
|---|---|---|
| Lights will not come on. | 1. Light switch is turned off.<br>2. Flood lamp is loose or burned out.<br>3. Fuse is blown or circuit breaker is turned off.<br>4. Daylight turn-off is in effect.<br>5. Incorrect circuit wiring, if this is a new installation.<br>6. Light control aimed in wrong direction. | 1. Turn light switch on.<br>2. Check flood lamp and replace if burned out.<br>3. Replace fuse or turn circuit breaker on.<br>4. Recheck after dark.<br>5. Verify wiring is correct.<br>6. Re-aim light control to cover desired area. |
| Lights come on in day-light. | 1. Light control may be installed in a relatively dark location.<br>2. Light control is in TEST. | 1. The fixture is operating normally under these conditions.<br>2. Set control switch to 1, 5, or 10 minutes. |
| Lights come on for no apparent reason. | 1. Light control may be sensing small animals or automobile traffic.<br>2. Range is set too high.<br>3. DualBrite® timer is on. | 1. Re-aim light control.<br>2. Reduce range.<br>3. The fixture is operating normally under these conditions. |
| Lights turn off too late in Dusk-to-Dawn setting. | Light control may be installed in a relatively dark location. | Relocate light control, or use 3 hr. or 6 hr. setting. |
| Lights stay on continuously. | 1. A flood lamp is positioned too close to the light control or pointed at nearby objects that cause heat to trigger the light control.<br>2. The light control may be picking up a heat source like an air vent, dryer vent, or brightly painted, heat-reflective surface.<br>3. Light control is in manual mode. | 1. Reposition the flood lamp away from the light control or nearby objects.<br>2. Reduce range.<br>3. Switch light control to AUTO. |
| Lights flash on and off. | 1. Heat or light from the flood lamps may be turning the light control on and off.<br>2. Heat being reflected from other objects may be turning the light control on and off.<br>3. Light control is in the TEST mode and warming up.<br>4. Light may be leaking through the flood lamp reflectors. | 1. Reposition the flood lamp away from the light control.<br>2. Reposition light control.<br>3. Flashing is normal under these conditions.<br>4. Replace the flood lamps with new high quality PAR 38 lamps. (Make sure the metal lamp protectors are installed.) |
| Lights flash once, then stay off in manual mode. | Light control is detecting its own lights. | Reposition flood lamps to keep area below the light control relatively dark. |

204081-02

5

Claim Chart for U.S. Patent No. 8,310,163

| Claim 19 | HeathCo Accused Fixtures<br>(Representative Accused Fixture: HeathZenith Model No. SH-5105-BZ) |
|---|---|
| 19.0 The method of claim 18, wherein the first external control signal is generated by a daylight detection circuit and the second external control signal is generated by a motion detection circuit. | The HeathZenith model SH-5105-BZ carries out "the method of claim 18, wherein the first external control signal is generated by a daylight detection circuit and the second external control signal is generated by a motion detection circuit."<br><br>For example, the photo below of the top side of the HeathZenith model SH-5105-BZ lighting control system is annotated with the location of the cadmium sulfide (CDS) photocell daylight detection sensor used to detect the presence of daylight falling on the lighting control system. The photo below of the top side of the HeathZenith model SH-5105-BZ lighting control system is also annotated to show the location of the passive infrared (PIR) motion detection sensor used to detect the presence of the motion of a warm body as sensed by the lighting control system.<br><br> |

Claim Chart for U.S. Patent No. 8,310,163

| | The CDS daylight detection sensor and the PIR motion detection sensor are operably coupled to the lighting control system so as to cause the lighting control system to illuminate the immediate area of the lighting control system by applying voltage to the lighting load of the lighting control system as illustrated by the waveforms below when the first external control signal is generated by the daylight detection circuit and when the second external control signal is generated by the motion detection circuit. |
| --- | --- |

Claim Chart for U.S. Patent No. 8,310,163

The AC load waveforms shown below illustrate the state of illumination for the external control signal cases.

Lighting load "OFF" condition -
Oscilloscope traces showing AC Power waveform (orange) and waveform delivered by the semi-conductor switching device (triac) to lighting load (purple) which is ZERO.

Claim Chart for U.S. Patent No. 8,310,163

Lighting load "FULL ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Claim Chart for U.S. Patent No. 8,310,163

Lighting load "DIM ON" condition -
Oscilloscope traces showing AC Power (orange) and power delivered by the semi-conductor switching device (triac) to lighting load (purple).



Thus, the HeathZenith model SH-5105-BZ carries out "the method of claim 18, wherein the first external control signal is generated by a daylight detection circuit and the second external control signal is generated by a motion detection circuit."

Claim Chart for U.S. Patent No. 8,310,163

The manner of operation of the daylight detection and motion detection functions of the HeathZenith model SH-5105-BZ lighting control system are also described in the product manual enclosed with the HeathZenith model SH-5105-BZ lighting control system as illustrated in the product manual pages reproduced below.

Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



Claim Chart for U.S. Patent No. 8,310,163



# Exhibit B















Like  415 people like this. Be the
first of your friends.



## LED Bulb Compatibility

### Security Lighting

The following HeathZenith model numbers
are LED Bulb compatible:

- HZ-5718-WH
- HZ-5718-BK
- HZ-5412-WH
- HZ-5412-BK
- HZ-5318-WH
- HZ-5318-BK



* Must use Energy Star UL listed self ballasted bulb. (120W max each.) Bulb must be outdoor, wet and
dimmable rated. **Visit www.heath-zenith.com/ledbulbs for a list of compatible bulbs.**

* Debe usarse una bombilla Energy Star con clasificación UL con balasto integrado. (120 W máx. cada una).
La bombilla debe estar clasificada para uso en exteriores, en ambientes húmedos y ser regulable. **Visite
www.heath-zenith.com/ledbulbs para ver una lista de bombillas compatibles.**

* Utiliser des ampoules à lumière mixte répertoriées Energy Star UL. (120 W max chacune.) Les ampoules
doivent être à intensité réglable et de type pour extérieur et conditions humides. **Visiter le
www.heath-zenith.com/ledbulbs pour obtenir la liste des ampoules compatibles.**

| Bulb Brand | Model | Model Number |
|---|---|---|
| Sylvania | Ultra PAR 30 50 W replacement | X20130 |
| Sylvania | Ultra PAR 38 90 W replacement | N94826 |
| Sylvania | Ultra PAR 20 35 W replacement | X22150 |
| Sylvania | Ultra PAR 16 35 W replacement | X23276 |
| Utilitech | Pro PAR 20 50 W 3000K replacement | 179496 |

| | | |
|---|---|---|
| Philips | 90W Equivalent Bright White (3000K) PAR38 Wet-Rated Outdoor and Security LED Flood Light Bulb | 435008 |
| Cree | 90W Equivalent Bright White (3000K) PAR38 47 Degree Flood Dimmable LED Light Bulb | BPAR38-1503047T-12DE26-1U100 |

## LED Bulb Compatibility

### Decorative Lighting

The following HeathZenith model numbers are LED Bulb compatible:

- SH-4144-AZ-C
- SH-4192-BK-C
- SH-4192-WH4-C
- SH-4266-BK-C
- SH-4266-PB-C
- SH-4266-SA-C
- SH-4294-OR-C
- SH-4300-BK4-C
- SH-4300-WH
- SH-4150-MB
- SH-4132-MB



- LED bulb compatible (bulb must be outdoor, damp and dimmable rated, UL certified)
- Compatible avec les lampes à DEL (cette derniére doit être conçu pour les endroits humides extérieurs et pour réglage de l' intensité)
- Bombilla LED compatible (la bombilla debe estar clasificada para uso externo, para la humeded y debe ser regulable)

| Bulb Brand | Model | Model Number |
|---|---|---|
| Cree | 75W Equivalent Daylight (5000K) A19 Dimmable LED Light Bulb | BA19-11050OMF-12DE26-1U100 |
| Cree | 100W Equivalent Soft White (2700K) A21 Dimmable LED Light Bulb | BA21-16027OMF-12DE26-1U100 |
| Philips | SlimStyle 75W Equivalent Soft White (2700K) A21 Dimmable LED Light Bulb (E*) | 452789 |
| Philips | SlimStyle 60W Equivalent Soft White (2700K) A19 LED Light Bulb | 433227 |

| Philips | 40W Equivalent Soft White (2700K) B13 Blunt Tip Candle Dimmable LED Light Bulb | 435057 |
| Philips | 60W Equivalent Soft White (2700K) B13 Blunt Tip Candle Dimmable LED Light Bulb | 435248 |
| Philips | 75W Equivalent Soft White (2700K) A21 Dimmable LED Light Bulb (E*) | 432161 |
| Philips | 100W Equivalent Soft White (2700K) A21 Dimmable LED Light Bulb (E*) | 432195 |
| EcoSmart | 60W Equivalent Soft White (2700K) A15 Candelabra Base Dimmable LED Light Bulb | BPA15C/CL500/LED/ESM |
| Philips | 40W Equivalent Soft White (2700K) A15 Fan Dimmable LED Light Bulb | 435073 |

© Copyright 2015 HeathCo LLC. All Rights Reserved

Legal Disclaimer   Terms & Conditions   Privacy Policy   About Us