# EXHIBIT 1

To Declaration of Nicole Little in Support of Defendants' Motion for Continuance

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Illinois |
|---|---|---|

| Vaxcel International Co., Ltd., | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| HeathCo LLC, et al., | Case Number:[1] 1:15-cv-00696 |

TO: Lighting Science Group Corp.,
c/o Lori-Anne Kaplan, Registered Agent
1830 Penn Street, Melbourne, FL 32901

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. See Attachment A.

| PLACE OF DEPOSITION U.S. Legal Support, Inc. 100 Rialto Place, Suite 739, Melbourne, FL 32901 | DATE AND TIME 3/15/2016 9:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE U.S. Legal Support, Inc. 100 Rialto Place, Suite 739, Melbourne, FL 32901 | DATE AND TIME 3/10/2016 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* Attorney for defendants | DATE 3-2-16 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Karl R. Fink, Fitch Even, 120 S. LaSalle Street, Suite 1600, Chicago, IL 60603; krfink@fitcheven.com; (312) 577-7000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## ATTACHMENT A

## DOCUMENT REQUESTS

(1) Documents and things sufficient to show the date of first sale, offer for sale, and/or public use of the "A19 replacement" light emitting diode (LED) bulb referenced in Exhibit 1.

(2) Documents and things sufficient to show the circuitry of the "A19 replacement light emitting diode (LED) bulb referenced in Exhibit 1.

(3) Documents and things sufficient to show the date of first sale, offer for sale, and/or public use of the "series of LED replacement A-lamps" that Lighting Science expected to "deliver to the market in the third quarter of 2009" as referenced in Exhibit 1.

(4) Documents and things sufficient to show the circuitry of the "series of LED replacement A-lamps" that Lighting Science expected to "deliver to the market in the third quarter of 2009" as referenced in Exhibit 1.

(5) Documents and things sufficient to show the date of first sale, offer for sale, and/or public use of the "Optimized Digital Lighting" LED products that Lighting Science Group expected to "supply and retrofit" for Consolidated Restaurant Operations, Inc., as referenced in Exhibit 2.

(6) Documents and things sufficient to show the circuitry of the "Optimized Digital Lighting" LED products that Lighting Science Group expected to "supply and retrofit" for Consolidated Restaurant Operations, Inc., as referenced in Exhibit 2.

(7) Documents and things sufficient to show the date of first sale, offer for sale, and/or public use of the "Light Emitting Diode (LED) low wattage replacement lamp for the standard incandescent lamp" referenced in Exhibit 3.

(8) Documents and things sufficient to show the circuitry of the "Light Emitting Diode (LED) low wattage replacement lamp for the standard incandescent lamp" referenced in Exhibit 3.

(9) Documents and things sufficient to show the date of first sale, offer for sale, and/or public use of any conventional lamp style dimmable light emitting diode bulb, including but not limited to any light emitting diode bulb that fit into standard sockets using an Edison-type screw base, such as A10, medium or candle bases, wherein such first sale, offer for sale, and/or public use occurred prior to August 24, 2009.

(10) Documents and things sufficient to show the circuitry of any conventional lamp style dimmable light emitting diode bulb, including but not limited to any light emitting diode bulb that fit into standard sockets using an Edison-type screw base, such as A10, medium or candle bases, wherein such first sale, offer for sale, and/or public use occurred prior to August 24, 2009.

## DEPOSITION TOPICS

(1)     Authentication of each document and thing produced in response to the subpoena.

(2)     The circumstances surrounding the first sale, offer for sale, or public use of the "A19 replacement" light emitting diode (LED) bulb referenced in Exhibit 1.

(3)     The circuitry of the "A19 replacement" light emitting diode (LED) bulb referenced in Exhibit 1

(4)     The circumstances surrounding the first sale, offer for sale, or public use of the "series of LED replacement A-lamps" that Lighting Science expected to "deliver to the market in the third quarter of 2009" as referenced in Exhibit 1.

(5)     The circuitry of the "series of LED replacement A-lamps" that Lighting Science expected to "deliver to the market in the third quarter of 2009" as referenced in Exhibit 1.

(6)     The circumstances surrounding the first sale, offer for sale, anticipated and/or actual public use of the "Optimized Digital Lighting" LED products that Lighting Science Group expected to "supply and retrofit" for Consolidated Restaurant Operations, Inc., as referenced in Exhibit 2.

(7)     The circuitry of the "Optimized Digital Lighting" LED products that Lighting Science Group expected to "supply and retrofit" for Consolidated Restaurant Operations, Inc., as referenced in Exhibit 2.

(8)     The circumstances surrounding the first sale, offer for sale, or public use of the "Light Emitting Diode (LED) low wattage replacement lamp for the standard incandescent lamp" referenced in Exhibit 3.

(9)     The circuitry of the "Light Emitting Diode (LED) low wattage replacement lamp for the standard incandescent lamp" referenced in Exhibit 3.

(10)    The circumstances surrounding the first sale, offer for sale, and/or public use of any conventional lamp style dimmable light emitting diode bulb, including but not limited to any light emitting diode bulb that fit into standard sockets using an Edison-type screw base, such as A10, medium or candle bases, wherein such first sale, offer for sale, and/or public use occurred prior to August 24, 2009.

(11)    The circuitry of any conventional lamp style dimmable light emitting diode bulb, including but not limited to any light emitting diode bulb that fit into standard sockets using an Edison-type screw base, such as A10, medium or candle bases, wherein such first sale, offer for sale, and/or public use occurred prior to August 24, 2009.

(12)    The need, desire or demands of the market for a conventional lamp style dimmable light emitting diode bulb, including but not limited to any light emitting diode bulb that fit into standard sockets using an Edison-type screw base, such as A10, medium or candle bases, prior to August 24, 2009

# EXHIBIT 1

Page 1

Lighting Science Group Sets a New Standard in LED Lighting Technology PR Newswire May 5, 2009 Tuesday 9:06 AM GMT

PR Newswire

May 5, 2009 Tuesday 9:06 AM GMT

## Lighting Science Group Sets a New Standard in LED Lighting Technology

**LENGTH:** 865 words

**DATELINE:** NEW YORK, May 5

First practical, high quality, LED replacement for standard incandescent lamps introduced.

NEW YORK, May 5 /PRNewswire-FirstCall/ -- Lightfair (Booth #247) -- One hundred and thirty years after Thomas Edison invented the standard incandescent light bulb, the next revolution in lighting is being led by NJ-based Lighting Science Group Corporation (OTC Bulletin Board: LSCG) (LSG). The new light-emitting diode (LED) lamp is designed to replace the standard incandescent and compact fluorescent lamps (CFLs) in homes and commercial environments. Engineered to optimize light output, color, quality, life and overall performance, the LED replacement lamp is available in the most popular standard incandescent lamp or bulb shape -- A19.

Redefining standard lighting technology, LSG's replacement lamp provides light output sufficient for everyday tasks. Using only 7.5 watts, the new LED replacement lamp drastically reduces energy consumption and greenhouse gas emissions. This morning at 10:30 a.m. ET at the Lightfair International, Conference and Expo in New York City, Lighting Science's Chairman and Chief Executive Officer, Govi Rao will unveil the new dimmable, energy-smart and long life LED lamp that fits into existing standard sockets.

"We have all been waiting for a viable, energy efficient, replacement for the standard incandescent lamp for many years," said Govi Rao. "Our A19 LED lamp produces exceptionally warm, white light and uses 84 percent less energy than the standard incandescent lamp."

The innovative A19 replacement from Lighting Science is six times more efficient than the standard incandescent lamp and about 20 percent more efficient than comparable CFL alternatives. Additionally, LEDs last 20 times longer than incandescent lamps and up to six times longer than CFLs. LED lighting is also an environmentally responsible choice for homes and commercial buildings as it contains no hazardous materials such as mercury found in compact fluorescents. Unlike conventional fluorescent lamp technology, LEDs do not emit harmful UV rays and can be turned on and off as needed, requiring no extra time to reach full brightness.

"The extraordinary pace of innovation at play in today's world is transforming our ability to support sustainable initiatives without sacrificing light quality, added Govi Rao. "Our LED replacement lamp is at the forefront of a revolution in lighting -- respecting consumer and commercial demand for cost effective and high-quality lighting options that significantly reduce energy and maintenance costs while promoting a healthier environment."

The innovative A19 LED replacement lamp is the first in a series of LED replacement A-lamps that Lighting Science expects to deliver to the market in the third quarter of 2009.

About Lighting Science

Lighting Science Group Corporation (www.lsgc.com) innovates, designs, manufactures and markets LED lighting solutions for consumer and professional applications that are environmentally friendlier and less costly to operate than traditional lighting products. LSG's LED lighting devices are engineered to enhance lighting performance, reduce energy consumption, lower maintenance costs and eliminate the use of hazardous materials. LSG is at the forefront of research and development of LED luminaires and customized LED lighting solutions for architectural and artistic projects. LSG has offices in: Westampton, New Jersey; Sacra-

HEATH013818

Page 2
Lighting Science Group Sets a New Standard in LED Lighting Technology PR Newswire May 5, 2009 Tuesday 9:06 AM GMT

mento, California; Satellite Beach, Florida; Dallas, Texas; Tokyo, Japan; Goes, The Netherlands; Buckinghamshire, England; and Sydney, Australia. More information about Lighting Science Group is available at www.lsgc.com.

Forward Looking Statements

Certain statements in this press release may constitute "forward-looking statements" made under the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. The statements include, but are not limited to statements regarding our expectations concerning management cohesion and our ability to expand and develop our business and statements using terminology such as "will," "would," "could," "expect," "intend," "plan," "anticipate," "believe," "potential," "opportunity," "greater," or "encouraging." Such statements reflect the current view of Lighting Science Group Corporation with respect to future events and are subject to certain risks, uncertainties and assumptions. Known and unknown risks, uncertainties and other factors could cause actual results to differ materially from those contemplated by the statements. In evaluating these statements, you should specifically consider various factors that may cause our actual results to differ materially from any forward-looking statements. Readers should carefully review the risk factors detailed under "Risk Factors" in our Form 10-K's, Form 10-Q's and other Securities and Exchange Commission filings. These filings can be obtained by contacting LSG's Investor Contact.

SOURCE Lighting Science Group Corporation

CONTACT: Media, Vera Newhouse of Edelman for Lighting Science Group Corporation, +1-212-819-4878, vera.newhouse@edelman.com; or Investors, Steve Hamilton of Lighting Science Group Corporation, +1-214-382-3650, steve.hamilton@lsgc.com

**URL:** http://www.prnewswire.com

**LOAD-DATE:** May 19, 2009

**LANGUAGE:** ENGLISH

**PUBLICATION-TYPE:** Newswire

Copyright 2009 PR Newswire Association LLC
All Rights Reserved

HEATH013819

# EXHIBIT 2

Business Wire

January 11, 2007 Thursday 1:00 PM GMT

# Lighting Science Group Partners with Consolidated Restaurant Operations, Inc. to Provide Energy-Efficient LED Lighting Solutions; Companies to Jointly Develop LED Lighting Fixtures for More Than 130 Restaurant Locations

**LENGTH:** 843 words

**DATELINE:** DALLAS

Lighting Science Group Corporation, (OTCBB: LSGP) (LSG), a leading provider of energy-efficient and environmentally responsible lighting solutions, announced today that it has teamed with Consolidated Restaurant Operations Inc. (CRO), an operator of more than 130 full-service and franchise, casual-dining restaurants in 18 states to supply and retrofit select CRO restaurants with its energy-efficient Optimized Digital Lighting(TM) (ODLÂ®) LED products.

The partnership calls for CRO to retrofit selected restaurant locations with applicable LSG products and specifies that LSG LED light bulbs will be installed in all appropriate future facilities. For applications that LSG's product line cannot currently address, the companies have agreed to co-develop additional LED products to meet those requirements.

CRO estimates that this partnership could potentially result in annual energy savings of 80% for lighting.

Chairman and chief executive officer of Lighting Science, Ron Lusk, stated, "As one of the fastest growing and most progressive restaurant groups in the United States, CRO is keenly aware of the costs involved in developing and maintaining their operations. We are delighted that CRO recognizes the cost savings that can be attained by installing LSG's patented ODL lighting solutions as well as their commitment to helping us develop new products."

This partnership will enable CRO to significantly reduce its electricity consumption, resulting in radical energy savings. Since LSG's products last 300-500 percent longer than traditional lighting technologies, CRO also stands to save a considerable amount in maintenance costs.

John Harkey, chief executive officer of Consolidated Restaurant Operations Inc., added, "Soaring energy prices have caused us to actively seek solutions to lower our operating costs. The cost of operating 130+ locations in addition to serving more than 25 million meals annually is immense. We are thrilled to partner with Lighting Science Group and now have access to a portfolio of products that will help us in our energy savings efforts and ultimately yield a high ROI."

LSG is the first company to market with a high-output, dimmable, Edison-base LED bulb. The Company currently has 25 patents and patents pending in the LED lighting space and a product portfolio comprised of 30 different SKUs.

**About Lighting Science Group Corporation**

Lighting Science Group Corporation (www.lsgc.com) designs and sells highly energy efficient and environmentally friendly lighting solutions based on its proprietary Optimized Digital Lighting(TM) (ODLÂ®) technology. The Company's patented and patent-pending designs and manufacturing processes enable affordable, efficient and long lasting LED based lighting systems to be quickly deployed in existing lighting applications and produce immediate cost savings and environmental benefits. Products include lowbay fixtures for parking garages and industrial facilities, MR-16, R30, R25, R20, R16 (elevator light), G11, G25, S6, candelabra and flame tip bulbs which can be purchased at http://store.lsgc.com.

Page 2
Lighting Science Group Partners with Consolidated Restaurant Operations, Inc. to Provide Energy-Efficient LED Lighting Solutions; Companies to Jointly Develop LED Lighting Fixtures for More Than 130 Restaurant Locations Business Wire January 11, 2007 Thursday 1:00 PM GMT

**Consolidated Restaurant Operations Inc. (CRO)**

Consolidated Restaurant Operations, Inc. (www.croinc.com) operates more than 106 full-service and 24 franchise casual-dining restaurants located in 18 states. CRO employs approximately 7,000 full and part-time employees. CRO has been named the 30th largest private company in the Dallas-Fort Worth area (home to more than 16 "Fortune 500" companies and 4.8 million residents). CRO brands include El Chico, Good Eats, Cantina Laredo, The Spaghetti Warehouse, Luckys CafÃ©, Silver Fox Steakhouse, III Forks Steakhouse, and Cool River Cafe.

Certain statements in the press release constitute "forward-looking statements" relating to Lighting Science Group Corporation within the meaning of the Private Securities Litigation Reform Act of 1995. All statements regarding future events, our financial performance and operating results, our business strategy and our financing plans are forward-looking statements. In some cases you can identify forward-looking statements by terminology such as "may," "will," "would," "should," "could," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict, " "potential" or "continue, " the negative of such terms or other comparable terminology. These statements are only predictions. Known and unknown risks, uncertainties and other factors could cause actual results to differ materially from those contemplated by the statements. In evaluating these statements, you should specifically consider various factors that may cause our actual results to differ materially from any forward-looking statements. "Lighting Science," "Optimized Digital Lighting" and "ODL" and the LSG concentric ovals are trademarks of Lighting Science Group Corporation.


CONTACT: Lighting Science Group Corporation
Ron Lusk, Chairman & CEO, 214-382-3630
or
KCSA Worldwide
Investor Relations:
Jeffrey Goldberger, 212.896.1249
jgoldberger@kcsa.com
or
Public Relations:
Lewis Goldberg, 212.896.1216
lgoldberg@kcsa.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** January 12, 2007

**LANGUAGE:** ENGLISH

**DISTRIBUTION:** Business Editors; High-Tech Writers

**PUBLICATION-TYPE:** Newswire


Copyright 2007 Business Wire, Inc.

HEATH013821

# EXHIBIT 3



https://web.archive.org/web/20090610035719/http:/www.truthinlighting.com/ [12/7/2015 10:00:42 AM]

HEATH013837

- **Engineered for environmental responsibility***

- Uses 84% less energy than a standard incandescent lamp
  *Significant energy cost savings in homes, hospitality and retail settings*

- 50,000 hour lifespan is 25 times greater than a standard incandescent lamp
  *Imagine not having to change or buy a lamp for 10 years*

- Unlike compact fluorescent lamps (CFLs), contains no mercury
  *Safer to operate and recyclable at end of life*

Changing *just one* 50W incandescent lamp to an LED Replacement Lamp in each U.S. household would save 8.7 billion kilowatt hours of electricity, which is equivalent to:

- Eliminating $CO_2$ emissions from the electricity use of 866,578 homes for one year
- Greenhouse gas emissions avoided by recycling 2,154,491 tons of waste instead of sending it to landfills

Join the revolution this fall! Substantially reduce your energy costs and greenhouse gas emissions by adopting LSG LED lighting solutions that protect our environment and conserve our world's resources.

*Product specifications are preliminary and subject to change.

## • Helpful energy cost savings tips

Your lighting energy costs may represent as much as 25% of your utility bill. Fortunately, there are numerous ways to reduce this cost.

### • Tip 1
Buy energy-efficient, Light Emitting Diode (LED) lamps. LED lamps produce as much light as incandescent, cost up to 84% less to operate and last up to 25 times longer. With extended life and superior energy efficiency, LED lamps curtail lighting's impact on the environment by reducing carbon dioxide emissions from the generation of electricity and the mercury pollution created by disposing CFLs.

### • Tip 2
Consumers no longer have to bring mercury into their homes through the use of CFLs. One of the most earth-friendly and sensible alternatives is LED lighting which is not only mercury-free, but also more energy-efficient than fluorescent and standard incandescent lighting.

### • Tip 3
Halogen lamps generate excessive heat creating fire hazards and increasing air conditioning energy costs. LED lamps are cool to touch making them safer to operate.

### • Tip 4
Install occupancy sensors or turn off lights when not needed. Occupancy sensors save up to 30% on lighting costs by automatically turning lights off when a room is not occupied; ideal for meeting rooms, storage areas, rest rooms, offices and homes.

### • Tip 5
Install timers, time locks or photocells to ensure interior and exterior lights are turned off at the appropriate time.

### • Tip 6
Take advantage of daylight by using light-colored, loose weave curtains on windows to allow daylight into a room while preserving privacy. Also, decorate with lighter colors that reflect light.

For more information, contact Lighting Science Group at 877.999.5742 or go to www.lsgc.com.

Copyright © 2009 Lighting Science Group Corp. All rights reserved.