# EXHIBIT 2

To Declaration of Nicole Little in Support of Defendants' Motion for Continuance

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| Vaxcel International Co., Ltd., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:15-cv-00696 |
| | ) | |
| HeathCo LLC, et al., | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Light Efficient Design LLC
188 South Northwest Highway, Cary, IL 60013

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
Pursuant to FRCP 30 and 45. See Attachment A.

| Place: Fitch, Even, Tabin & Flannery LLP \| 312.577.7000<br>120 S. LaSalle St., Suite 1600, Chicago, IL 60603 | Date and Time:<br>03/14/2016 9:00 am |
|---|---|

The deposition will be recorded by this method: videographic and stenographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Pursuant to FRCP 30 and 45. See Attachment B.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3-2-16

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* HeathCo LLC, Lowe's Companies, Inc., and Lowe's Home Centers, LLC , who issues or requests this subpoena, are:
Karl R. Fink, Fitch Even, 120 S. LaSalle Street, Suite 1600, Chicago, IL 60603; krfink@fitcheven.com; (312) 577-7000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:15-cv-00696

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
   **(i)** is a party or a party's officer; or
   **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

   **(i)** fails to allow a reasonable time to comply;
   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   **(i)** expressly make the claim; and
   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Attachment A**

**30(b)(6) DEPOSITION TOPICS**

1. Authentication of 2008 Light Emitting Designs LLC brochure (attached as Exhibit 1).

2. Sales and offers for sale of dimmable LED light bulbs on or before August 23, 2009 by Light Emitting Designs LLC and its predecessors.

3. The circuitry for dimmable LED bulbs sold or offered for sale on or before August 23, 2009 by Light Emitting Designs LLC and its predecessors.

# Exhibit 1

## Conventional Lamp Styles

### Medium Base (A19)

120V / 3W

Clear poly material that fits standard sockets. Available in SW Soft White (3000) or DL Daylight (5000). Size: 2-3/8" x 4-1/2". Available in frosted envelope - special order.

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-A19-120-3-36-DL-CL | A19, 3W, 36 LED, Med. Base, Daylight | 20W |
| LED-A19-120-3-36-SW-CL | A19, 3W, 36 LED, Med. Base, Soft White | 15W |

### Candelabra and Globe Decorative Retrofit

120V / 2W

Clear poly material, fits candle base or medium base sockets. Available in SW Soft White (3000) or DL Daylight (5000).
Candle: Size: 1-5/8" x 5".

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-CAN-120-2-30-DL-CL | 120V, 2W, 30 LED, Candle Base, Daylight | 20W |
| LED-CAN-120-2-30-SW-CL | 120V, 2W, 30 LED, Candle Base, Soft White | 15W |
| LED-CMED-120-2-30-DL-CL | 120V, 2W, 30 LED, Med. Base, Daylight | 20W |
| LED-CMED-120-2-30-SW-CL | 120V, 2W, 30 LED, Med. Base, Soft White | 15W |
| LED-G16-120-2-30-DL or SW | 120V, 2W, 30 LED, Candle Base, 2-1/4"W | 10W |

### Retrofit Globes (E50 Dimmable)

120V / 5W
120V / 7W

Compact globe in poly material that fits standard sockets. Available in SW Soft White (3000) or DL Daylight (5000). 2-1/4" x 4".

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-E60-120-5-18-DL or SW | 120V, 5W, Hi Pwr. 18 LED, Med. Base | 60W |
| LED-E50-120-7-5-DL or SW | 120V, 7W, Hi Pwr. 5 LED, Med. Base | 75W |



### Join the RETROFIT REVOLUTION for a 'greener' world.

## Fluorescent / Hi Lumen Retrofits

### T8 Retrofit

120V / 15W

Fully encapsulated FL replacement acrylic tube. 120V or 277V. 15W (48"). Also available in 24" length, consult factory. Daylight DL (5000K).

| Cat. No. | Length | Watts | Voltage | Color Temp. | Compare to |
|---|---|---|---|---|---|
| LED8-PL48-120-15-300-DL | 4' T8 | 15W | 120V | Daylight | 32W FL |
| LED8-PL48-277-15-300-DL | 4' T8 | 15W | 277V | Daylight | 32W FL |

NOTE: UL requires 12V T8 - special order.

### Hi Lumen Dimmable Retrofit

120V / 6W
120V / 10W

Fully encapsulated hi power retrofit bulb in poly material that fits standard medium base sockets. Size: 2"x 5-1/2"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-CFLA-120-6-104-DL | 120V, 6W, 104 LED, Daylight | 60W |
| LED-CFLA-120-6-104-SW | 120V, 6W, 104 LED, Soft White | 40W |
| LED-CFLA-120-10-195-DL | 120V, 10W, 195 LED, Daylight | 80W |
| LED-CFLA-120-10-195-SW | 120V, 10W, 195 LED, Soft White | 60W |

### Voyager 38 - Energy Saving Site/Roadway Hi Power
### 38W = 300W Incandescent

Save up to 90% on energy and maintenance costs. Lasts 50,000 hours.

- Site / Roadway
- Wall Packs
- Security
- Facility / Industrial
- Parking
- Loading Bay
- 160° Beam



Base: Mogul E39/E40
Voltage: 85-265V
Wattage: <38.0W
Color Temp: 6000°K
Size: 10-7/8" x 3-1/2"
**277V Available- Special Order**

### We're reducing global energy waste one lamp at a time.

| Cat. No. | Length | Watts | Voltage | Color Temp. | Compare to |
|---|---|---|---|---|---|
| LED-CFLM-120-38-42-DL | 10-7/8" | 38W | 85-265V | Daylight | 300W HPS |



## Light Emitting Designs
*a division of TADD, LLC*
### 847.380.3540

**Environmental Lighting Solutions**

108 S. Wynstone Park Drive • Suite 103 • N. Barrington, IL 60010
Telephone: (847) 380-3540 • FAX: (847) 380-3542

Please check with our customer service department and/or web site for the most up to date product information.

Due to continuous innovations in technology - prices and specifications are subject to change without notice.
©2008 Light Emitting Designs, a subsidiary of TADD, LLC • e-mail: ttaylor@led-llc.com

---



## Light Emitting Designs
*a division of TADD, LLC*
**Environmental Lighting Solutions**

### How many people does it take to screw in this light bulb?

### Only one... and only once every 10 Years.

### We retrofitted this lamp with
# LED technology

### the world's most efficient light source.



# Lighting has achieved a milestone with the development of LED technology.

Fluorescent, long the saviour of environmentalists has now taken a back seat to LED. One 6 watt LED light bulb can potentially last up to 58,500 or more hours longer than a 60 watt incandescent bulb, and potentially 50,000 more hours than a CFL. We comfortably claim 20,000 - 50,000 hours on our retrofit LED bulbs while providing socially responsible lighting technology.

We didn't start the 'retrofit revolution'. The environment's need for an alternative light source did. However, Light Emitting Designs is feeding the retrofit revolution with high quality, dependable LED retrofit lamps.

## JOIN THE RETROFIT REVOLUTION

### COMMERCIAL - RESIDENTIAL INDUSTRIAL



INCANDESCENT RETROFITS

MR16 RETROFITS

CANDLE RETROFITS

HI LUMEN RETROFITS

DIMMABLE PAR RETROFITS

FLUORESCENT RETROFITS

## LED Retrofit for MR16 and MR11 - 12V / 120V



### 2W MR16 Medium Flood
**12V / 2W**

Fully encapsulated with lens. 2W, bi-pin mounting. Available in Soft White SW (3000K) or Daylight DL (5000K). Beam: 30°.
Optional colors available. Consult factory.
Application: Soft mood lighting.
Size: Standard MR16 - 1-7/8" Dia. x 1-3/4"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR16-12-2-21-DL | 12V, 2W, 21 LED, Bi Pin, 30° | 20W Med. Flood |
| LED-MR16-12-2-21-SW | 12V, 2W, 21 LED, Bi Pin, 30° | 20W Med. Flood |



### 3W Medium 30° Flood
**12V / 3W**
**120V / 3W**

Fully encapsulated 3W. Available in Soft White SW (3000K) or Daylight DL (5000K). Beam: 30°.
Application: Task lighting, retail display, track lighting, recessed lighting.
Size: 1-7/8" Dia. x 1-3/4".

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR16-12-3-48-DL or SW | 12V, 3W, 48 LED, Bi Pin, 30° | 35W Med. Flood |
| LED-JDR-120-3-48-DL or SW | 120V, 3W, 48 LED, JDR, 30° | 35W Med. Flood |
| LED-GU10-120-3-48-DL or SW | 120V, 3W, 48 LED, GU, 30° | 35W Med. Flood |



### 3W MR16 Hi Power Medium Flood
**12V / 3W**

Fully encapsulated. 3W, Hi Power, bi-pin mounting. Available in Soft White SW (3000K) or Daylight DL (5000K). Beam: 40°.
Size: Standard MR16 - 1-7/8" Dia. x 1-3/4"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR16-12-3-3-DL or SW | 12V, 3W, 3 LED, Bi Pin, 40° | 50W Med. Flood |



### 3W Hi Power Wide/Narrow Beam
**12V / 3W**
**120V / 3W**

Fully encapsulated. 3W, Hi Power, GU10 mounting, MR16 bi-pin or JDR med. base (as shown). Available in soft white SW (3000K) or Daylight DL (5000K).
Size: 1-7/8" Dia. x 2-1/2". Special order: to specify narrow beam, replace -60 with -15 (for 15°).

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR16-12-3-3-SW-60 or DL-60 | 12V, 3W, 3 LED, MR16 Bi Pin | 45W Wide Flood |
| LED-JDR-120-3-3-SW-60 or DL-60 | 120V, 3W, 3 LED, JDR | 45W Wide Flood |
| LED-GU10-120-3-3-SW-60 or DL-60 | 120V, 3W, 3 LED, GU | 45W Wide Flood |



### 3W MR11 Medium Flood
**12V / 3W**

Fully encapsulated. 3W, bi-pin mounting. Available in Soft White SW (3000K) or Daylight DL (5000K). Beam: 30°
Size: 1-1/4" Dia. x 1-5/8"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR11-12-3-30-DL | 12V, 3W, 30 LED, Bi Pin, 30° | 25W Med. Flood |
| LED-MR11-12-3-30-SW | 12V, 3W, 30 LED, Bi Pin, 30° | 25W Med. Flood |

### Ordering Example:

**WARRANTY: 1 YEAR UNLESS FIXTURE SPEC IS APPROVED BY FACTORY.**

| Lamp Type | Voltage | Wattage | No. of Diodes | Color | *Beam Angle |
|---|---|---|---|---|---|
| LED-MR16 | 12 | 3 | 3 | SW | 15 |

## LED PAR Retrofit - 12V / 120V



### PAR Series
**120V / 3W**
**120V / 4W**
**120V / 7W**

Fully encapsulated PAR, asst.. wattages, medium base mounting. Available in soft white SW (3000K) or Daylight DL (5000K). Beam: 60°.
Colors available. Consult factory. Size: PAR20 - 2-1/2" x 3" PAR30 - 3-3/4" x 4" PAR38 - 4-7/8" x 5-3/8"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-PAR20-120-3-60-SW or DL | 120V, 3W, 60 LED, Med. Base, 60° | 35W Wide Flood |
| LED-PAR30-120-4-70-SW or DL | 120V, 4W, 70 LED, Med. Base, 60° | 50W Wide Flood |
| LED-PAR38-120-7-120-SW or DL | 120V, 7W, 120 LED, Med. Base | 50W Wide Flood |



### 9W JDR PAR Medium Flood
**120V / 9W**

Fully encapsulated. 9W, JDR (med. base) screw-in base mounting. Hi-power LED. Available in soft white SW (3000K) or Daylight DL (5000K). Beam: 60°.
Size: 2-1/8" Dia. x 3-3/8"

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-JDR-120-9-1-DL or SW | 120V, 9W, 1 LED, JDR, 60° | 60W Wide Flood |



### 6W Hi Power Wide Beam
**12V / 6W**
**120V / 6W**

Fully encapsulated. 6W, GU10 mounting (shown), MR20 bi-pin, or JDR med. base. Available in soft white SW (3000K) or Daylight DL (5000K).
Size: 2-3/8" Dia. x 2-1/4". Special order: to specify narrow beam, replace -60 with -15 (for 15°).

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-MR20-12-6-3-SW-30 or DL-60 | 12V, 6W, 3 LED, MR20 bi-pin | 60W Wide Flood |
| LED-PAR20-120-6-3-SW-60 or DL-60 | 120V, 6W, 3 LED, JDR | 60W Wide Flood |
| LED-GU10-120-6-3-SW-60 or DL-60 | 120V, 6W, 3 LED, GU | 60W Wide Flood |



### 7W PAR30 Hi Power Dimmable Wide Flood
**120V / 7W**

Fully encapsulated PAR30 7W, medium base. Available in soft white SW (3000K) or Daylight DL (5000K). Hi power LED. Beam: 60°.

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-PAR30-120-7-7-SW or DL | 120V, 7W, 7 LED, Med. Base | 75W Wide Flood |



### 15W PAR38 Hi Power Dimmable Wide Flood
**120V / 15W**

Fully encapsulated PAR 38 15W, medium base. Available in soft white SW (3000K) or Daylight DL (5000K). Hi power LED. Beam: 60°.

| Cat. No. | Description | Compare to |
|---|---|---|
| LED-PAR38-120-15-12-SW or DL | 120V, 15W, 12 LED, Med. Base | 100W Wide Flood |

Narrow Beam = 15°
Wide Flood = 60°
DL = Daylight ±5000K
SW = Soft White ±3000K

HEATH013817

**Attachment B**

**DOCUMENT RIDER**

1. Invoices evidencing sales of dimmable LED light bulbs on or before August 23, 2009 by Light Emitting Designs LLC and its predecessors.

2. Documents evidencing circuitry of dimmable LED light bulbs sold or offered for sale on or before August 23, 2009 by Light Emitting Designs LLC and its predecessors.