# EXHIBIT 4

To Declaration of Nicole Little in Support of Defendants' Motion for Continuance

| | |
|---|---|
| **From:** | Thomson, Kirsten <thomson@mbhb.com> |
| **Sent:** | Thursday, March 17, 2016 12:11 PM |
| **To:** | Nikki L. Little |
| **Cc:** | Karl Fink; Drutchas, Grantland; Thymian, Marcus; Keenan, Nicole; Armstrong, Jeffrey; Richter, Cole |
| **Subject:** | Vaxcel v. HeathCo - Discovery |

Dear Nikki:

Based on the current status of settlement negotiations, it is clear that discovery will be resuming tomorrow. We wish to reiterate that Vaxcel is still open to settlement negotiations, but ongoing discussions will need to be undertaken concurrently with discovery. As such, we are requesting that Defendants revisit the positions in your correspondence of January 19, 2016 for the personal depositions of Mitchell Gins, Dean Kochalka, Mike Jones and Marc Maldoff and the MSBA-related 30(b)(6). We would like to discuss this issue during a final meet and confer on **Monday, March 21, 2016 at 2:00pm**.

If we are not able to reach agreement, Plaintiff will be moving to compel on this issue. To reiterate, Plaintiff asserts that it is entitled to these depositions as of right pursuant to paragraph 4(c) of the parties' joint 26(f) report (Dkt 17) allotting each side ten depositions without leave of the court. In addition, Plaintiff contends that MSBA-related questions are appropriate at these personal depositions. If Defendants agree to proceed with the personal depositions but maintain their position on MSBA-related discovery, Plaintiff will proactively seek a protective order in conjunction with the motion to compel. In addition, Plaintiff asserts that it is entitled to a 30(b)(6) deposition on MSBA-related topics and that these topics are timely regardless of the outcome of North Tech's Motion to Dismiss. This is because Defendants' MSBA-related claims and defenses will still be at issue in the case regardless of the outcome of the Motion to Dismiss.

We look forward to receiving Defendants' proposed constructions for terms identified by Plaintiff but that were not part of Defendants' original proposed terms for construction. Plaintiff states that constructions for all terms identified by Defendants were part of Plaintiff's original proposed terms. We would like to confer at **2:00pm on March 21, 2016** regarding the terms for submission to the court for construction.

In addition, we look forward to receipt of Lowe's Response to Vaxcel's RFP Nos. 107-141 by March 18th and HeathCo's Response to Vaxcel's RFP Nos. 99-112 by March 21st. For scheduling purposes, please note that Plaintiff will be seeking a 30(b)(6) deposition from HeathCo related to the Transom Acquisition. A deposition notice will follow.

Please also advise when we can expect to receive further supplemental production for the additional fixtures Defendants identified on January 15, 2016. While schematics and technical documents were produced January 18, 2016, documents responsive to other requests (e.g., financials) for "accused instrumentalities" and "accused fixtures" remain outstanding.

We further expect to receive any documents pertaining to the requests below (or confirmation they do not exist) no later than March 18th as they have been the subject of several past meet and confers and Defendants have had well over eight weeks to confirm the same:

> (11) Plaintiff seeks documents from the employee "Connections" forum that are responsive to its outstanding document requests.
> (12) Plaintiff seeks communications to and from individual stores, including, but not limited to, Matrix correspondence, Sales planners, EMS, and "STORE Communications"
> (13) Plaintiff seeks Production of profitability analyses regarding North Tech's products and the accused products compiled via the DART system, to the extent such analyses exist.
> (14) Plaintiff seeks sales and financial data for ATG stores out of Seattle regarding the accused products.

Finally, we look forward to service of Defendants' Rule 56(d) motion in response to Plaintiff's cross-motion for summary judgment on March 18th.

Please advise of your availability for the requested conferral on Monday.

Best,
Kirsten



**Kirsten L. Thomson** [ ] Partner [ ] 300 South Wacker Drive, Suite 3100 [ ] Chicago, Illinois 60606-6709
312-913-3329 direct [ ] 312-913-0001 main [ ] 312-913-0002 fax
thomson@mbhb.com [ ] www.mbhb.com

**Connect with MBHB!**     

---

This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error, and then delete the message from your system.