**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Vaxcel International Co., Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| and ) | |
| ) | |
| North Tech International Co., Ltd. ) | Civil Action No.: 1:15-cv-00696 |
| ) | |
| Counterclaimant in Intervention ) | |
| ) | The Honorable John R. Blakey |
| v. ) | |
| ) | |
| HeathCo LLC, ) | |
| Lowe's Companies, Inc., and ) | |
| Lowe's Home Centers, LLC, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATED ORDER OF DISMISSAL**

As evidenced by the signatures of counsel for the parties to this Order, all matters in dispute between them have been compromised and settled pursuant to a settlement agreement. It is accordingly ORDERED that the claims and counterclaims in this action shall be and hereby are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Nothing contained herein shall preclude any party from asserting any defense, including with respect to infringement, invalidity or unenforceability in any subsequent action asserting U.S. Patent No. 8,310,163.

It is so ORDERED.

Respectfully submitted,

Date: November 15, 2016      /s/Kirsten L. Thomson
                            Grantland Gilbert Drutchas (ID No. 6191150)
                            drutchas@mbhb.com

|  |  |
|---|---|
|  | Marcus J. Thymian (ID No. 6256769)<br>thymian@mbhb.com<br>Nicole Anne Keenan (ID No. 6272217)<br>keenan@mbhb.com<br>Kirsten L. Thomson (ID No. 6293943)<br>thomson@mbhb.com<br>Cole B. Richter (ID No. 6315686)<br>richter@mbhb.com<br>MCDONNELL, BOEHNEN, HULBERT & BERGHOFF LLP<br>300 South Wacker Drive Chicago, IL 60606<br>Phone: (312) 913-0001<br>Fax: (312) 913-0002<br><br>*Attorneys for Vaxcel International Co. Ltd. and North Tech International Co. Ltd.* |
| Date: November 15, 2016 | /s/Nicole L. Little<br>Karl R. Fink (IL 6180508)<br>krfink@fitcheven.com<br>Nicole L. Little (IL 6297047)<br>nlittle@fitcheven.com<br>FITCH, EVEN, TABIN & FLANNERY LLP<br>120 South LaSalle Street, Suite 1600<br>Chicago, Illinois 60603<br>Telephone: (312) 577-7000<br>Facsimile: (312) 577-7007<br><br>*Attorneys for Defendants HeathCo, LLC, Lowe's Companies, Inc., and Lowe's Home Centers, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5.5 on November 15, 2016. Any other counsel of record will be served by first class mail.

/s/Nicole L. Little
*Attorney for Defendants HeathCo, LLC, Lowe's Companies, Inc., and Lowe's Home Centers, LLC*